# EXHIBIT A

EXHIBIT A

| Niknim Management, Inc.; Walia | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Posted Dt.** | **Doc Dt.** | **Location Name** | **Segment Name** | **Segment** | **Curr** | **Txn Amt** | **Credit (USD)** |
| 1/31/2017 | 1/31/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 600,000.00 | $ 600,000.00 |
| 2/28/2017 | 2/28/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 600,000.00 | $ 600,000.00 |
| 3/31/2017 | 3/31/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 600,000.00 | $ 600,000.00 |
| 4/28/2017 | 4/28/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 600,000.00 | $ 600,000.00 |
| 6/23/2017 | 6/23/2017 | Constellation Health Care, Inc. | Corporate | Corp | USD | $ 1,500,000.00 | $ 1,500,000.00 |
| 6/28/2017 | 6/28/2017 | Constellation Health Care, Inc. | Corporate | Corp | USD | $ 20,000.00 | $ 20,000.00 |
| 5/31/2017 | 5/31/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 1,000,000.00 | $ 1,000,000.00 |
| 6/30/2017 | 6/30/2017 | Orion Healthcorp Inc. | Corporate | Corp | USD | $ 1,100,000.00 | $ 1,100,000.00 |
| | | | | | | Total | $ 6,020,000.00 |