# EXHIBIT B

| United States Bankruptcy Court for the Eastern District of New York | |
|---|---|
| **Name of Debtor:** Physicians Practice Plus, LLC | **For Court Use Only**<br>Claim Number: 0000010067 |
| **Case Number:** 18-71753 | File Date: 07/05/2018 16:35:16 |

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

04/16

| **Part 1:** | **Identify the Claim** |
|---|---|

**1.  Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):    Arvind Walia

Other names the creditor used with the debtor: _____

**2.  Has this claim been acquired from someone else?**    ☑ No   ☐ Yes.   From whom? _____

**3.  Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name     Arvind Walia | Name |
| Address  Steven Landy & Associates, PLLC | Address |
|          270 Madison Avenue, Suite 1400 | |
| City     New York | City |
| State    NY        ZIP Code  10016 | State        ZIP Code |
| Country (if International):   United States | Country (if International): |
| Phone:   2126828510 | Phone: |
| Email:   slandy@landylaw.com | Email: |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____<br>MM / DD / YYYY | _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

___ ___ ___ ___

**7. How much is the claim?**

$ 61,590.00

**Does this amount include interest or other charges?**

☑ No

☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Indemnification (Employee Related)

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.
**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:              $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.
* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| The person completing this proof of claim must sign and date it.  FRBP 9011(b). | *Check the appropriate box:* |
| | ☐  I am the creditor. |
| | ☑  I am the creditor's attorney or authorized agent. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐  I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004. |
| | ☐  I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005. |
| | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

*Steven Landy. Esq.*                                                   07/05/2018 16:35:16
_____          _____
Signature                                                          Date

Provide the name and contact information of the person completing and signing this claim:

Name      Steven Landy, Esq.

Address   Steven Landy & Associates, PLLC

          270 Madison Avenue, Suite 1400


City       New York

State      NY                                                    Zip  10016

Country (in international)    United States

Phone     2126828510

Email     slandy@landylaw.com

SUPPLEMENTAL EXHIBIT(S) TO PROOF OF CLAIM FILED BY

ARVIND WALIA

IN RE PHYSICIANS PRACTICE PLUS, LLC, DEBTOR, NO. 18-71753 (AST)

Asset Purchase Agreement and Employment Agreement, each dated in and around March 2015, between Debtor and Porteck Corporation and its Shareholders, is intentionally omitted pursuant to confidentiality agreement contained therein.   Subject to confidentiality compliance, a copy of the agreement may be obtained from the offices of:

> Steven Landy & Associates, PLLC
> 270 Madison Avenue, Suite 1400
> New York, New York  10016
> (212) 682-8510