# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Orion Healthcorp, Inc.  Bankruptcy Case No.:
8−18−71748−ast

Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al

                Plaintiff(s),

−against−  Adversary Proceeding No.
8−20−08049−ast

Arvind Walia
Niknim Management Inc.

                Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Jeffrey P Nolan**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**780 Third Avenue**<br>**34th Floor**<br>**New York, NY 10017** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: March 16, 2020  Robert A. Gavin, Jr., Clerk of the Court