UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08049 (AST) |
| Plaintiff, | |
| v. | |
| ARVIND WALIA; NIKNIM MANAGEMENT INC., | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748

On March 16, 2020, I caused the: (1) *Summons in an Adversary Proceeding*; and (2) *Complaint For Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* to be served upon the parties listed on the Service List attached hereto by: (i) First Class Mail; and/or (ii) by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                                                      */s/ La Asia S. Canty*
                                                           La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
30th day of April, 2020

  */s/ Rhea S. Cheltenham*
RHEA S. CHELTENHAM

NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6362269
Qualified in Kings County
Commission Expires July 31, 2021

## SERVICE LIST

NIKNIM MANAGEMENT INC.
ATTN: ARVIND WALIA, OFFICER
27 KETTLEPOND ROAD
JERICHO, NY 11753

ARVIND WALIA
49 MAPLE RUN DRIVE
JERICHO, NY 11753-2841

ARVIND WALIA
27 KETTLEPOND ROAD
JERICHO, NY 11753

ARVIND WALIA
STEVEN LANDY & ASSOCIATES PLLC
270 MADISON AVENUE, SUITE 1400
NEW YORK, NY 10016



**Tracking Number:** 70033110000366213284

Your item has been delivered to the original sender at 10:17 am on April 20, 2020 in WILMINGTON, DE 19801.

# Delivered

April 20, 2020 at 10:17 am
Delivered, To Original Sender
WILMINGTON, DE 19801

### Get Updates

### Text & Email Updates

### Tracking History

**April 20, 2020, 10:17 am**
Delivered, To Original Sender
WILMINGTON, DE 19801
Your item has been delivered to the original sender at 10:17 am on April 20, 2020 in WILMINGTON, DE 19801.

Reminder to Schedule Redelivery of your item

**April 10, 2020, 11:11 am**
Available for Pickup
WILMINGTON, DE 19801

**April 10, 2020, 10:46 am**
Arrived at Unit
WILMINGTON, DE 19801

**April 9, 2020**
In Transit to Next Facility

**April 8, 2020, 8:30 pm**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**April 8, 2020, 3:22 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**March 23, 2020, 8:25 pm**
Departed USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**March 23, 2020, 4:06 pm**
Arrived at USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**March 18, 2020, 9:25 am**
Addressee Unknown
HICKSVILLE, NY 11801

**March 18, 2020, 3:03 am**
Departed USPS Regional Facility
MID NY DISTRIBUTION CENTER

**March 17, 2020, 12:24 pm**
Arrived at USPS Regional Facility
MID NY DISTRIBUTION CENTER

**March 17, 2020, 11:26 am**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**March 16, 2020, 9:34 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER



**Tracking Number:** 70033110000366213277

Your item has been delivered to the original sender at 10:52 am on April 24, 2020 in WILMINGTON, DE 19801.

# Delivered

April 24, 2020 at 10:52 am
Delivered, To Original Sender
WILMINGTON, DE 19801

### Get Updates

---

**Text & Email Updates**

---

**Tracking History**

**April 24, 2020, 10:52 am**
Delivered, To Original Sender
WILMINGTON, DE 19801
Your item has been delivered to the original sender at 10:52 am on April 24, 2020 in WILMINGTON, DE 19801.

**April 23, 2020**
In Transit to Next Facility

**April 19, 2020, 7:22 pm**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**April 19, 2020, 2:41 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**April 18, 2020, 6:16 pm**
Departed USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**April 12, 2020, 9:41 pm**
Arrived at USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**April 3, 2020, 9:41 am**
Unclaimed/Being Returned to Sender
JERICHO, NY 11753

Reminder to Schedule Redelivery of your item

**March 19, 2020, 8:14 am**
Available for Redelivery or Pickup
JERICHO, NY 11753

**March 18, 2020, 1:51 pm**
Notice Left (No Authorized Recipient Available)
JERICHO, NY 11753

**March 18, 2020, 3:01 am**
Departed USPS Regional Facility
MID NY DISTRIBUTION CENTER

**March 17, 2020, 6:32 pm**
Arrived at USPS Regional Facility
MID NY DISTRIBUTION CENTER

**March 17, 2020, 11:26 am**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**March 16, 2020, 9:34 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER