UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., *ET AL*., | Adv. Pro. No. 20-08049 (AST) |
| Plaintiff, | |
| v. | |
| ARVIND WALIA; NIKNIM MANAGEMENT INC., | |
| Defendants. | |

## ORDER AND NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

The Court enters this Order in accordance with Federal Rule of Civil Procedure 16, as incorporated by Federal Rule of Bankruptcy 7016, and the hearing conducted on October 15, 2020.

1. The Pre-Trial Conference in the above-styled adversary proceeding has been adjourned and set for hearing on **January 21, 2021 at 10:00 a.m.  (prevailing Eastern time),** before the Honorable Alan S. Trust, United States Bankruptcy Judge, in Courtroom 960 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 203, Middletown, NJ 07748.

United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

    2.    Counsel for Plaintiff was directed to prepare the order.

    3.    The Clerk of the Court shall serve this Order on all parties.



**Dated: October 23, 2020**
**Central Islip, New York**

    _____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**