**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br><br>         Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>         Plaintiff,<br><br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>         Defendants. | Adv. Proc. No. 20-08049 (AST) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over eighteen years of age, reside in New York, New York and am not a party to this proceeding.

2. On June 9, 2021, I served a copy of the *Answer to First Amended Complaint and Affirmative Defenses* [Adv. Proc. Doc. No. 23] upon:

> Pachulski Stang Ziehl & Jones LLP
> *Attorneys for Plaintiff*
> 780 Third Avenue, 34th Fl.
> New York, NY 10017
> Attn: Jeffrey P. Norlan, Esq.
>
>           -and-
>
> Office of the United States Trustee
> Alfonse D'Amato Federal Courthouse
> 560 Federal Plaza, Room 560
> Central Islip, NY 11722
> Attn: Christine H. Black, Esq.

by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       June 10, 2021

                                                                                                                       Paris Gyparakis