United States Bankruptcy Court

Eastern District of New York

Ehrenberg,
    Plaintiff

Arvind Walia,
    Defendant

Adv. Proc. No. 20-08049-ast

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf000 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey Norlan, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Dec 22 2021 18:14:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Arvind Walia |
| pla | | Howard M Ehrenberg |
| dft | | Niknim Management Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2021                     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ilan D Scharf | |

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf000 | Total Noticed: 2 |

on behalf of Plaintiff Howard M Ehrenberg ischarf@pszyjw.com  lcanty@pszjlaw.com

Jeffrey P Nolan

on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com  lcanty@pszjlaw.com

Paris Gyparakis

on behalf of Defendant Niknim Management Inc. pgyparakis@rosenpc.com  gyparakispr81087@notify.bestcase.com

Paris Gyparakis

on behalf of Defendant Arvind Walia pgyparakis@rosenpc.com  gyparakispr81087@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Arvind Walia srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ORION HEALTHCORP, INC., et al..

                                          Debtors.
-----------------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC.,
                                          Plaintiff,

v.

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., et al.,
                                          Defendants.
-----------------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC.,
                                          Plaintiff,

v.

JOHN JOHNSTON, et al.,
                                          Defendants.

-----------------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC.,

Plaintiff,

v.

ARVIND WALIA; NIKNIM MANAGEMENT INC.,

Defendants.
-----------------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., et al.,
CHT Holdco, LLC, and CC Capital CHT Holdco LLC.,
                                          Plaintiff,

v.

PARMJIT SINGH PARMAR A/K/A PAUL PARMAR, et al.,
                                          Defendants.
-----------------------------------------------------------------x

Case Nos. 18-71748-67-AST
Case No. 18-71789-AST
Case No. 18-74545-AST

(Jointly Administered)

Adv. Pro. No. 20-8044-AST

Adv. Pro. No. 20-8046-AST

Adv. Pro. No. 20-8049-AST

Adv. Pro. No. 18-8053-AST

1

## ORDER RELATED TO USE OF THE ZOOM VIRTUAL PLATFORM FOR HEARING

A hearing or conference is set for **January 26, 2022, commencing at 2:00 P.M. (Eastern)** in Courtroom 960, United States Bankruptcy Court, Central Islip, New York, in each of the below-identified adversary proceedings currently pending in the jointly administered main bankruptcy case of *In re Orion HealthCorp., Inc. et al.*:

(i)   *Ehrenberg v. American Express Travel Related Services Co.* (Adv. Pro. No. 20-8044) (Pre-Trial Conference);

(ii)  *Ehrenberg v. John Johnston, et al.* (Adv. Pro. No. 20-8046) (Pre-Trial Conference);

(iii) *Ehrenberg v. Arvind Walia, et al.* (Adv . Pro. No. 20-8049) (Pre-Trial Conference);

(iv)  *Ehrenberg v. Parmjit Singh Parmar, et al.* (Adv. Pro. No. 18-8053) (Hearing on Emergency Motion to Prohibit/Enjoin/Restrain Liquidating Trustee from Enforcing default Judgment and to Vacate Default Judgment [dkt item 354]).

The matters will be called and heard in order, beginning with *Ehrenberg v. American Express Travel Related Services Co.* (Adv. Pro. No. 20-8044) and concluding with *Ehrenberg v. Parmjit Singh Parmar, et al.* (Adv. Pro. No. 18-8053).

In the matter of *Ehrenberg v. Parmjit Singh Parmar, et al.* (Adv. Pro. No. 20-8053), each side will be permitted thirty (30) minutes for presentation of argument and evidence. As to any witness that is an agent or employee of any party, the party proffering such testimony must file and exchange an affidavit of direct testimony sworn or otherwise verified by the witness (not by the proffering attorney) by no later than **January 19, 2022 at 4:00 P.M. (Eastern).**

Due to COVID-19 protocols, and with the consent of the parties, the hearings will be held virtually, on the Zoom platform exclusively. **No party shall appear at the courthouse**. The hearing may be accessed as follows:

**https://www.zoomgov.com/j/1619682621?pwd=LzYvN3c4UmFacEdnK1F6WVlmTGpaUT09**

**Meeting ID: 161 968 2621**
**Passcode: 6277**
**One tap mobile**
**+16692545252,,1619682621# US (San Jose)**

**+16468287666,,1619682621# US (New York)**

**Dial by your location**
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
**Meeting ID: 161 968 2621**

    Courtroom decorum, and professional dress and demeanor, are expected at all times during the hearing. It is the responsibility of each party to test the technology they will use for the hearing by logging onto the hearing link at least thirty (30) minutes before the hearing begins. If the technology being used by any attorney or witness fails on more than one occasion and disrupts the hearing, the court may exclude that witness or attorney.

    All witnesses must have audio and video on while they are testifying. All attorneys must keep their audio on "mute" throughout the hearing unless it is their turn to speak or they intend to object to a question posed to a witness.

    No person may be present in the room with any witness during that witness's testimony except their own attorney. The witness may not communicate with any person by any means during that witness's testimony. If a witness needs to speak off the record with their attorney, the witness shall so state and the attorney must make that request to the court on the record.

    Any failure to strictly comply with any of the provisions of this Order may result in the automatic entry of a dismissal, or a default, or other relief, as the circumstances may warrant, in accordance with Federal Rule of Civil Procedure 16, as incorporated by Federal Rule of Bankruptcy Procedure 7016.

    The Clerk of Court shall serve a copy of this Order on all parties.

**Dated: December 22, 2021**
    **Central Islip, New York**

                                      _____
                                        **Alan S. Trust**
                              **Chief United States Bankruptcy Judge**