Ilan D. Scharf
Jeffrey P. Nolan (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
ischarf@pszjlaw.com
jnolan@pszjlaw.com

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity*
*as Liquidating Trustee of Orion Healthcorp, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | Adv. Pro. No. 20-08044 (AST) |
| ARVIND WALIA; NIKNIM MANAGEMENT INC. | Adv. Pro. No. 20-08049 (AST) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

## AGENDA FOR JANUARY 26, 2022 HEARING

| | |
|---|---|
| Time and Date of Hearing: | January 26, 2022 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | Pursuant to Court Order the Hearing the hearings will be held virtually, on the Zoom platform exclusively. **No party shall appear at the courthouse**. The hearing may be accessed as follows: **The following are the Zoom instructions for the Hearing**<br><br>https://www.zoomgov.com/j/1619682621?pwd=LzYvN3c4UmFacEdnK1F6WVlmTGpaUT09<br><br>**Meeting ID: 161 968 2621**<br>**Passcode: 6277**<br>**One tap mobile**<br>**+16692545252,,1619682621# US (San Jose)**<br>**+16468287666,,1619682621# US (New York)** |
| Audio Participation: | **Dial by your location**<br>**+1 669 254 5252 US (San Jose)**<br>**+1 646 828 7666 US (New York)**<br>**+1 669 216 1590 US (San Jose)**<br>**+1 551 285 1373 US**<br>**Meeting ID: 161 968 2621**<br><br>Courtroom decorum, and professional dress and demeanor, are expected at all times during the hearing. It is the responsibility of each party to test the technology they will use for the hearing by logging onto the hearing link at least thirty (30) minutes before the hearing begins. If the technology being used by any attorney or witness fails on more than one occasion and disrupts the hearing, the court may exclude that witness or attorney.<br><br>All witnesses must have audio and video on while they are testifying. All attorneys must keep their audio on "mute" throughout the hearing unless it is their turn to speak or they intend to object to a question posed to a witness.<br><br>No person may be present in the room with any witness during that witness's testimony except their own attorney. The witness may not communicate with any person by any means during that witness's testimony. If a witness needs to speak off the record with their attorney, the witness shall so state and the attorney must make that request to the court on the record. |
| Copies of Motions: | Copies of the pleadings below may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained |

by accessing the PACER website at: http://pacer.psc.uscourts.gov). The pleadings are also available at no cost on the following website maintained by the Liquidating Trustee: http://dm.epiq11.com/orionhealthcorp.

**ADVERSARY PROCEEDINGS:**

**I.** **Ehrenberg v. American Express Travel Related Services Company, Adv. Pro. No. 20-08044**

1. Pretrial Status Conference

    **Related Documents:**

    A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers and (2) Objection to Claim No. 69 Pursuant to 11 U.S.C. §§ 502, 547 548 and 550 [Docket No. 1]

    B. Defendant's Answer and Affirmative Defenses to Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers and (2) Objection to Claim No. 69 Pursuant to 11 U.S.C. §§ 502, 547 548 and 550 [Docket No. 8]

    C. Initial Scheduling Order [Docket No. 10]

    D. Case Management and Discovery Plan [Docket No. 22]

    E. Stipulation Requesting Amendment to Case Management and Discovery Plan [Docket No. 25]

    F. [PROPOSED] Stipulation Requesting Amendment to Case Management and Discovery Plan [Docket No. 26] *(the proposed stipulation has been filed and uploaded, but not yet entered)*

    G. Parties to file Stipulation To Permit Filing And Service Of Plaintiff's Proposed First Amended Complaint

    **Status: The Pre-Trial Conference will be going forward.**

**II.** **Ehrenberg v. Walia,** *et al.***, Adv. Pro. No. 20-08049**

2. Pretrial Status Conference

    **Related Documents:**

    A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided

      Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 1]

B. Answer and Affirmative Defenses [Docket No. 6]

C. Initial Scheduling Order [Docket No. 7]

D. Stipulation and Order re Filing of First Amended Complaint; and Entering of Scheduling Order [Docket No. 20]

E. First Amended Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 22]

F. Answer to First Amended Complaint and Affirmative Defenses.

G. Amended Case Management and Discovery Plan [Docket No. 27]

H. [Proposed Stipulation to Attend Mediation and Toll Remaining Deadlines]

**Status:** **The Pre-Trial Conference will be going forward.**

Dated: New York, New York
      January 25, 2022

      */s/ Jeffrey P. Nolan*
      Ilan D. Scharf, Esq.
      Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
      PACHULSKI STANG ZIEHL & JONES LLP
      780 Third Avenue, 34th Floor
      New York, New York 10017
      Telephone:  (212) 561-7700
      Facsimile:  (212) 561-7777

      *Counsel for the Plaintiff,*
      *Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al.*