

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE:** 713/691 9385
FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

July 15, 2022

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** **In re Orion HealthCorp, Inc., et al.**
**Howard M. Ehrenberg v. Arvind Walia;**
**Niknim Management Inc.**
**USBC EDNY Adv. Proc. No. 20-08049-ast**

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Liquidating Trustee") in the above referenced adversary proceeding. We write to the Court with the permission and input of counsel for the Defendants who has been ill.

The parties attended mediation on May 24, 2022 before the Hon. Gerald E. Rosen (Ret.). Thereafter, the parties advised the Court discussions were ongoing and Defendants were producing various disclosures as part of continued settlement discussions in mediation. The financial disclosures and discussions have been forthcoming but are not complete. The parties respectfully request an additional 21 days until and including July 29, 2022, to advise the Court of the status of settlement discussions and to submit by stipulation the remaining expert discovery deadlines should the matter not be resolved. The adjourned Pre-Trial hearing and pre-motion conference set for September 14, 2022 would not be impacted by these discussions.

DOCS_LA:344321.2 65004/003



July 15, 2022
Page 2

       The Liquidating Trustee will cause this letter to be served on the Office of the United States Trustee and all other parties entitled to receive notice.

       Very truly yours,

       */s/ Jeffrey P. Nolan*

       Jeffrey P. Nolan

:lsc

cc:    Sanford P. Rosen, Esq., Paris Gyparakis, Esq. (Via ECF)
       (Counsel for Defendants)