

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

TELEPHONE: 713/691 9385
FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

August 3, 2022

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

   **Re: In re Orion HealthCorp, Inc., et al.**
     **Howard M. Ehrenberg v. Arvind Walia;**
     **Niknim Management Inc.**
     <u>**USBC EDNY Adv. Proc. No. 20-08049-ast**</u>

Dear Judge Trust:

  We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding. We write to advise the Court of an impasse, status and that each side has submitted declarations on the issue.

  The parties participated in a mediation session with Judge Rosen and which did not result in a settlement. After that mediation, the parties continued to engage in settlement discussions, but are not close to a resolution. Further delay will not result in a settlement. The scheduling order proposed by the Liquidating Trustee provides the same time-lines anticipated by the parties before expert discovery was paused to accommodate mediation.

  The Liquidating Trustee will cause this letter to be served on the Office of the United States Trustee and all other parties entitled to receive notice.

           Very truly yours,

           */s/ Jeffrey P. Nolan*
           Jeffrey P. Nolan

:lsc

DOCS_LA:344681.2 65004/003



August 3, 2022
Page 2

cc:   Sanford P. Rosen, Esq., Paris Gyparakis, Esq. (Via ECF)
      (Counsel for Defendants)