United States Bankruptcy Court
Eastern District of New York

Ehrenberg,
Plaintiff
Arvind Walia,
Defendant

Adv. Proc. No. 20-08049-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin Page 1 of 2
Date Rcvd: Aug 15, 2022 Form ID: pdf000 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey Norlan, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Aug 15 2022 18:16:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Arvind Walia |
| pla | | Howard M Ehrenberg |
| dft | | Niknim Management Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ilan D Scharf | |

| | |
|---|---|
| | on behalf of Plaintiff Howard M Ehrenberg ischarf@pszyjw.com lcanty@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com lcanty@pszjlaw.com |
| Paris Gyparakis | on behalf of Defendant Niknim Management Inc. pgyparakis@rosenpc.com gyparakispr81087@notify.bestcase.com |
| Paris Gyparakis | on behalf of Defendant Arvind Walia pgyparakis@rosenpc.com gyparakispr81087@notify.bestcase.com |
| Sanford P Rosen | on behalf of Defendant Arvind Walia srosen@rosenpc.com RosenSR81087@notify.bestcase.com |
| Sanford P Rosen | on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com RosenSR81087@notify.bestcase.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | : | Case No. 8-18-71748 (AST) |
| Debtors. | : | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., Plaintiff, v. ARVIND WALIA; NIKNIM MANAGEMENT INC., Defendant(s) | : | Adv. Pro. No. 8-20-8049 (AST) |

**ORDER TO COMPLETE EXPERT DISCOVERY**

To The Honorable Court; Comes Now, Plaintiff Howard M. Ehrenberg In His Capacity As Liquidating Trustee of Orion Healthcorp, Inc., et al, and submits this Proposed Order setting forth the remaining deadlines for the resolution of remaining expert discovery.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

1.   On or about January 25, 2022, Plaintiff and Defendants Arvind Walia, an individual, and NIKNIM Management Inc.(the "Parties") filed a *Stipulation to Attend Mediation and Toll Remaining Deadlines*. (Dkt No.31)

2.   On May 25, 2022, the Parties attended the scheduled Pre-Trial Conference and advised the Court of the status of the litigation, their participation in mediation and ongoing settlement discussions. The Court instructed the Parties to file a joint report no later than July 8, 2022, as to the status of their settlement efforts. Assuming no settlement by that date, the Parties were to identify the remaining expert discovery deadlines.

3.   On May 26, 2022, Plaintiff filed a status letter adjourning the applicable deadlines and memorializing the status. (Dkt No. 36)

4.   On July 15, 2022, the Parties memorialized the ongoing settlement discussions and requested additional time to July 29, 2022, to advise the Court of the status of settlement discussions and set forth the dates for completion of expert discovery. (Dkt. No. 37)

5.   The continued Pre-Trial/Pre-motion conference is scheduled for September 14, 2022.

Having been advised by the Parties they were unable to successfully resolve the litigation at mediation, the tolling of remaining deadlines as outlined in the Stipulation To Attend Mediation and Toll Remaining Deadlines (Dkt No. 31) is hereby terminated and the deadlines set forth under the Case Management and Discovery Plan (Dkt No. 10) solely with respect to concluding remaining expert discovery in accordance with Fed. R. Civ. P. 16(b) and 26(f), is set forth as follows:

**a.** No later than thirty (30) days from the issuance of this Order, all rebuttal or responsive expert reports and other disclosures required under Fed. R. Civ. P. 26 (a)(2) shall be made including the service of any expert report(s).

**b.** All expert discovery shall be completed no later than sixty (60) days from the issuance of this Order.

**Dated: August 15, 2022**
**Central Islip, New York**

**Alan S. Trust**
**Chief United States Bankruptcy Judge**