UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                    Chapter 11

In re:                                         x
                                               x    Case No. 18-71748(AST)
ORION HEALTH CORP, INC., *et al.,*             x
                                  *Debtors*    x    Ad. Pro. No. 20-08049(AST)
                                               x
_____          x
HOWARD M. EHRENBERG, IN HIS CAPACITY           x
AS LIQUIDATING TRUSTEE OF ORION                x
HEALTH CORP. INC., *et al.,*                   x
                                  *Plaintiff,* x
               V.                              x
                                               x
ARVIND WALIA; NIKNIM MANAGEMENT INC.           x
                                               x
                                *Defendants.*
_____x

Appearance of Counsel

To: The clerk of court and all parties of record

I am admitted to practice or otherwise authorized to practice in this court, and I appear in this case as counsel for Arvind Walia and Niknim Management Inc., Defendants.

Date: November 14, 2022

The Law Office of Eugene R. Scheiman, 8248
570 Lexington Avenue, Suite 1600
New York, New York 10022
Telephone:
646-280-9000
Email:
Eugene.scheiman@scheimanlaw.com