**ROSEN & ASSOCIATES, P.C.**
*Counsel to Arvind Walia and*
   *Niknim Management Inc.*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

and

**Law Offices of Eugene R. Scheiman, PLLC**
*Co-counsel to Arvind Walia and*
   *Niknim Management Inc.*
570 Lexington Avenue
Suite 1600
New York, NY 10022
(646) 280-9000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br>    Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br>    Plaintiff,<br>v.<br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>    Defendants. | Adv. Proc. No. 20-08049 (AST) |

**NOTICE OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**<u>DISMISSING CLAIMS ASSERTED UNDER 11 U.S.C. § 544</u>**

**PLEASE TAKE NOTICE**, that upon the annexed motion (the "**Motion**") of defendants Arvind Walia and Niknim Management Inc. ("**Movants**"), a hearing will be held before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, located at Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, at a date and time to fixed by the Court to consider the Movants' motion for partial summary judgment dismissing the claims asserted in plaintiff's First Amended Complaint under 11 U.S.C. § 544.

**PLEASE TAKE FURTHER NOTICE**, that any objection to the relief requested in the Motion must conform with the Bankruptcy Code and the Bankruptcy Rules, shall be in writing, and shall set forth the reasons and legal basis for the objection, and be filed and served upon Rosen & Associates, P.C. and the Law Offices of Eugene R. Scheiman, PLLC, attorneys for Movants, by regular and electronic mail, by February 22, 2023 at 5:00 p.m. prevailing Eastern Time.

Dated: New York, NY
      January 18, 2023

Respectfully Submitted,

**ROSEN & ASSOCIATES, P.C.**
*Counsel to Arvind Walia and*
  *Niknim Management Inc.*

By: /s/ Sanford P. Rosen
      Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100

                                  **Law Offices of Eugene R. Scheiman, PLLC**
*Co-counsel to Arvind Walia and Niknim Management Inc.*
570 Lexington Avenue
Suite 1600
New York, NY 10022
(646) 280-9000