# EXHIBIT 1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   EASTERN DISTRICT OF NEW YORK
     ------------------------------------X
 4   In re:                          Chapter 11
     ORION HEALTHCORP, INC.,    No. 18-71748(AST)
 5                  Debtors.
     ---------------------------------------
 6   HOWARD M. EHRENBERG IN
     HIS CAPACITY AS LIQUIDATING
 7   TRUSTEE OF ORION HEALTHCORP
     INC., ET AL.,                 Adv. Pro. No.
 8             Plaintiff,     8-20-08049(AST)
     ARVIND WALIA, NIKNIM
 9   MANAGEMENT, INC.,
                  Defendant(s).
10   ------------------------------------X
11
12                    October 28, 2021
13                    12:11 p.m.
14
15      Continued deposition of ARVIND WALIA,
16   held via Zoom at 27 Kettlepond Road,
17   Jericho, New York, pursuant to Notice,
18   before Theresa Tramondo, AOS, CLR, a
19   Notary Public of the State of New York.
20
21
22
23
     Reported by:
24
     THERESA TRAMONDO, AOS, CLR.
25
```

Case 8-20-08049-ast    Doc 55-1    Filed 01/18/23    Entered 01/18/23 20:31:58

1

2  APPEARANCE OF COUNSEL:

3

4  FOR PLAINTIFF HOWARD M. EHRENBERG IN HIS
5  CAPACITY AS LIQUIDATING TRUSTEE OF ORION
6  HEALTHCORP INC., ET AL.:
7      PACHULSKI STANG ZIEHL & JONES LLP
8      10100 Santa Monica Boulevard, Floor 13
9      Los Angeles, California 90067-4003
10     BY:   JEFFREY NOLAN, ESQ.
11     jnolan@pszjlaw.com
12     (310)277-6910

13

14  FOR DEFENDANTS ARVIND WALIA and
15  NIKNIM MANAGEMENT, INC.:
16     ROSEN AND ASSOCIATES
17     747 Third Avenue
18     New York, New York 10017
19     BY:   SANFORD P. ROSEN, ESQ.
20     srosen@rosenpc.com
21     (212)223-1100

22

23  ALSO PRESENT:
24     PAUL RAFFERTY, Concierge, Veritext
25  Legal Solutions

1
2           MR. NOLAN:  All parties agree
3      that the court reporter can
4      swear/affirm the witness in virtually
5      via Zoom as if the witness was in the
6      same room as the court reporter.
7      Unless there are any objections by any
8      party, say it's so stipulated.
9           MR. ROSEN:  So stipulated.
10          MR. NOLAN:  So stipulated.
11 A R V I N D   W A L I A, called as a
12 witness, having been duly sworn via Zoom
13 by a Notary Public, was examined and
14 testified as follows:
15 EXAMINATION BY (CONT'D)
16 MR. NOLAN:
17      Q.    Good morning, Mr. Walia.
18      A.    Good morning.
19      Q.    Can you speak up a little bit.
20 I lost you.  You were great --
21      A.    Good morning.
22      Q.    Mr. Walia, this is the third
23 session of your deposition.  Do you recall
24 the admonitions or discussions I had about
25 what we're doing here today?

```
1                    Walia
2        A.    Yes, it was.
3        Q.    And it was doing that in the
4   sphere of with only -- with respect to
5   radiologists?
6        A.    That is correct, yes.
7        Q.    Did you -- since we last had
8   your deposition you were going to go back
9   and check and tell me whether or not
10  Objecttech filed tax returns.  Did they?
11       A.    Again, I believe I did.  I have
12  not been able -- I mean, the CPA firms have
13  changed, so I have to follow up with it.
14             So I -- right now, as of this
15  date, I don't have the answer whether --
16  definitively whether the taxes were filed or
17  not.
18       Q.    How about AllRad Direct, LLC,
19  what was the last year AllRad Direct filed
20  federal or state tax returns?
21       A.    I don't have the answer to that.
22       Q.    I believe your prior testimony
23  was that AllRad Direct went out of business
24  in 2013 or 2012; is that correct?
25       A.    It stopped doing business in
```

```
1                    Walia
2   that time frame.
3           Q.    Okay.  And if it stopped doing
4   business, there would be no -- would there
5   be any rationale for it to file tax returns
6   for those subsequent years?
7                 MR. ROSEN:  Objection.
8                 You can answer that, Arvid.
9           A.    I'm not an accountant, so that
10  would be a question for my accountants at
11  that time who were managing AllRad.
12          Q.    Well, you were the president or
13  owner or CEO of AllRad Direct LLC, correct?
14          A.    That is correct.
15          Q.    And you would be the person who
16  would have to sign the tax returns, correct?
17          A.    That is correct.
18          Q.    Do you recall ever signing any
19  tax returns for AllRad Direct after 2012?
20          A.    I don't remember.  My answer is:
21  I'll have to get back to you on this
22  question.
23          Q.    And you were --
24          A.    I remember doing something, but
25  I don't exactly remember.  It's been quite
```

1  Walia
2  some time. It's been about eight, nine
3  years.
4      Q.  You are the president and were
5  the owner of Objecttech LLC, correct?
6      A.  That is correct.
7      Q.  And as you sit here today, do
8  you recall if you ever filed a federal or
9  state tax return on behalf of Objecttech
10 LLC?
11     A.  Once again, I don't recall. I
12 will have to get back to that question. I
13 assume I did, but I don't recall it fully.
14     Q.  Is it a fair statement it would
15 only be you who would be filing those tax
16 returns for AllRad Direct or Objecttech LLC?
17     A.  That is correct.
18         MR. ROSEN: Objection.
19         You can answer that, Arvind.
20     A.  Yes, that is correct.
21         MR. NOLAN: Paul, can you keep
22     going down to -- let's go down to
23     detailed assessment.
24     Q.  Mr. Walia, did you provide any
25 of this information on 3973? It's the lower