# EXHIBIT 4

AWNK003013

Thanks

Arvind

---

Arvind Walia
CEO, Orion Health Corporation
300 Jericho Quadrangle West Suite 320
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)

---

**From:** Paul Parmar [mailto:paul@pegasusbluestarfund.com]
**Sent:** Friday, April 15, 2016 12:37 PM
**To:** Arvind Walia
**Subject:** RE: Wire Instructions and plan

Arvind,

I am on the conf. call still but I think what I sent you is what I can get approved and fit into my box, it still makes Porteck look like a bad purchase but this is life, you have to look at the total package I have put is in line with what we discussed, infact more than what we discussed.

First , I cannot do 300K salary + 675K equity that is a million a year in salary. So that is completely out of the window.

Second, I cannot wire more than 2.5m if you remember I told you yesterday also I do not want to look at the what is due and what is not as I see you as a partner and do not want to nickle and dime you infact I said if Ravi and your analysis is around 3m ( which is without taking any out for lost revenue from 13.2m to 9.5m I will let you have 3.5m which is almost 1.5m more than what I really think if we calculate the numbers per contract will come to around 2m but I am willing to give you 3.5 in return for you to allow me to structure it properly internally which requires I close the file with 2m payment.

So please take a hard look at

1. Wire today 2m

2. 1m for India within next 6 months

3. 1m paid in four payments twice a year on following dates Jan 1st 2017 and July 1st 2017, Jan 1st 2018 and July 1st 2018 each payment being 250K

4. Starting June 1st 2016 a 5 year CEO contract at 300K equity per year with an additional bonus up to 125% ( 375K ) additional equity per year for performance of the firm ( meeting budgeted targets on revenue and EBITDA on RCM business )

And tell me what you can live with and what we should adjust. I really think I am above board and given you more , you should be happy with this, to minimize your taxes let me know what paperwork we need to show and I am willing to make this very tax efficient.

Paul

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Friday, April 15, 2016 12:28 PM
**To:** Paul Parmar <paul@pegasusbluestarfund.com>
**Subject:** RE: Wire Instructions and plan

Paul

This is what we talked about yesterday and based on your suggestions today.

1. Wire today 2.5m

2. 1m for India within next 6 months (this is 1m for the management for India transition in the agreement)

3. 2m(300k salary for 3 years = 900k + 1.1M of AR payment) paid monthly over 3 years. (I need money for my monthly expense)