# EXHIBIT 6

**JPMorganChase** ⬡

**RCO Centralized Mail**
**Mail Code LA4-7300**
**700 Kansas Lane**
**Monroe, LA 71203-4774**

9/14/2021

JEFFREY P NOLAN
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD 13TH FLOOR
LOS ANGELES CA 90067

**NOTICE OF ADDRESS CHANGE:** Please note that as of August 2, 2021, all mail previously managed in our Indianapolis, IN, or Fort Worth, TX, facility will be managed by our centralized mail processing team in Monroe, LA.

Please update your mailing address records to the following:
RCO Centralized Mail
Mail Code: LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

Should you have questions regarding this Notice of Change, please contact us at 1-844-751-7728. We accept operator relay calls.

**Case Name:  HOWARD M EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP INC ET AL V. ARVIN WALIA NIKNIM MANAGEMENT INC**
**Case No.:  20-08049 (AST)**
**JPMorgan Chase File No.: SB1259488-F1**

Dear Sir/Madam:

Here is the information that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728.  We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.  Please know that we are only able to provide a status of this request.  We can't verbally disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

EHREN-NIKNIM CHASE 000001

## DECLARATION

### Case No. : 20-08049 (AST)



Desiree Kelley, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 9/14/2021

By: _Desiree Kelley_
Desiree Kelley
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1259488-F1

SUBP52a





**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

4214
1-2/210

DATE 06/29/11

PAY TO THE
ORDER OF    Cash    $ 500/—

Five Hundred —— 00/10    DOLLARS

**CHASE**
JP Morgan Chase Bank, N.A.
www.Chase.com

MEMO                                        MP

⑈⑈0 210000 2⑈⑈    76035    ⑈4214

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

EHREN-NIKNIM CHASE 000172



NIKNIM MANAGEMENT INC.
27 KETTLEPOND RD
JERICHO, NY 11753-1157

9783

1-2/210

DATE _July /6/17_

PAY TO THE
ORDER OF _Cash—_    $ _750/—_

_Seven hundred and fifty Dolars_ DOLLARS

CHASE ◑
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Elizabeth. for 2 weeks_    _____    M⁰

⑆02100002⑆    76035    ⑈9783

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

4691
1-2/210

DATE 6 / 19 / 17

PAY TO THE ORDER OF  Catherine Brickell Music            $ 390 | —

three hundred and ninety dollars    DOLLARS

**CHASE ⬡**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Vocal lesson

⑅021000021⑅    76035    ⑈4691

For Deposit Only - JPMC

EHREN-NIKNIM CHASE 000174

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

9782

DATE July 5 17

PAY TO THE
ORDER OF  Sangeet Vilas K. Seen     $ 200 /-

Two hundred Dollars     DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Class

⑆021000021⑆     760 35     9782

For Deposit Only - JPM...

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE



EHREN-NIKNIM CHASE 000176

EHREN-NIKNIM CHASE 000179



DEPOSIT TICKET

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

DATE 02/3/12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ✱

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

⑃580 20 10 28⑃ .    76035

|V| ☐ CASH ▶

1-2/210

▶    2465.04
▶    368.81

TOTAL FROM
OTHER SIDE ▶

SUB TOTAL ▶

• LESS CASH
RECEIVED ▶

$    2833.85

EHREN-NIKNIM CHASE 000180



**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

4688

3-2/210

DATE June 19 17

PAY TO THE
ORDER OF ___ Cash ___                    $ 1000 /—

One thousand Dollars —                   DOLLARS

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Entity 600 (Ranju)

⑆021000021⑆    76035    ⑈4688

EHREN-NIKNIM CHASE 000183

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5089

DATE _July 18 / 17_

PAY TO THE
ORDER OF _Cash_ _____ $ 1160

_One thousand one hundred and sixty_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

⑂021000021⑂    76035    ⑂5089

549447310336 152052    20170717 00000000076035
TRN_DEBIT    NREYESL    1160
Jackson Heights 0494    94004 5494 12 0195

EHREN-NIKNIM CHASE 000184



**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5090

2/210

DATE July/12/17

PAY TO THE
ORDER OF   Dr Parisi                    $ 151.50

One hundred one Dollars one dollar and 50 cents   DOLLARS

**CHASE** 
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Doctor                                              MP

⑈0 2 10000 2 1⑈      76035      5090

582228554160 172529     20170717 00000000076095
TRN_DEBIT      IRESTRE        15150
Old Brookville 0822      94004 5822 4   0118

Mary S. Parisi, MD

TD Ba
Old Brookville, NY
›The Order Of
Pa

EHREN-NIKNIM CHASE 000185

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5086

DATE July /12/17

PAY TO THE
ORDER OF ___Cash___ $ 235

Two hundred and thirty five DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Sabn

⑈021000021⑈     76035     ⑈5086⑈

TD Mobile Deposit
7/18/2017 7:24:03 AM

EHREN-NIKNIM CHASE 000186



**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5087

1-7/210

DATE July 17 17

PAY TO THE ORDER OF _TemPco_   $ 1466/44

One thousand and Four Hundred sixty-six 44/Cents DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Air conditioner

⑈021000021⑈   76035   ⑈5087

FOR DEPOSIT ONLY
TEMPCO, INC.
899482277



NIKNIM MANAGEMENT INC.
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5088

1-2/210

DATE 07/21/17

PAY TO THE
ORDER OF      Cash                                    $ 3000/-

                                                      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆021000021⑈      76035      ⑈5088

EHREN-NIKNIM CHASE 000188



**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD
JERICHO, NY 11753-1157

5085

1-2/210

DATE 7 | 10 | 17

PAY TO THE ORDER OF  Kathryn Brickell Music      | $ 520 / —

Five hundred and twenty dollars      DOLLARS

**CHASE ◯**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Music Lesson

MP

⑆0210000 2⑈:     76035     ⑈5085

For Deposit Only - JPMC



CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD.
CHO, NY 11753-1157

1-2/210

TOTAL ITEMS  5

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

9559.94

⑆580201028⑆    7603⁚

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 7940 | 28 |
| 2 | 1049 | 44 |
| 3 | 553 | 80 |
| 4 | 13 | 42 |
| 5 | 3 | |
| | 9559 | 94 |

$ 9559.94

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| CASH COUNT  FOR OFFICE USE ONLY | | |
|---|---|---|
| SPLIT DEPOSIT | | |
| CHECKS | | |
| LESS DEPOSIT | | |
| CASH RETURNED | | |
| Large | | |
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| COIN | | |
| TOTAL | | |

JPMorganChaseBank  872503  803845  931800041179

EHREN-NIKNIM CHASE 000190

*charles* SCHWAB

211 Main Street, San Francisco, CA 94105

**Bank of America**
Commercial Disbursement Account
Northbrook, IL

No **6916671**

70-2328
0719

Pay:
***THREE DOLLARS THIRTY CENTS***

Date: 07/19/2017

To The Order Of:
A WALIA & Y VIRK TTEE
JANAMINDER VIRK IRREVOCABLE TR

PAY

$3.30

*Joseph R. Martott*

Present For Payment Within 180 Days

⑈6916671⑈ ⑆071923⑈⑈⑈ 87651⑈011041⑈

04234412

JPMorganChase Bank  072683 00334K, 931668

DST 00000275 CHK59774-00

EHREN-NIKNIM CHASE 000195

1002

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD.
JERICHO, NY 11753-1157

1-2/210

DATE _07/30/17_

PAY TO THE ORDER OF _Cosh._                                    $ _1360_

_One Thousand Three Hundred Sixty — 00/100_    DOLLARS

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR_____

⑆00 100 2⑆· ⑈0 2 10000 2 1⑈    760 35

EHREN-NIKNIM CHASE 000196



1005

**NIKNIM MANAGEMENT INC.**
27 KETTLEPOND RD.
JERICHO, NY 11753-1157

DATE _July 28, 20 17_

PAY TO THE ORDER OF _Bombay Theatre_                    $ *3000/—*

_Three Thousand_ —————————— 08/100              DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑈00100 5⑈ ⑆02 10000 2 ⑉⑆    76035

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE IF MOBILE OR REMOTE DEPOSIT
DATE

EHREN-NIKNIM CHASE 000197