# EXHIBIT E



**ABSTRACT BUSINESS ADVISORS**

Date:  2/20/2015

To:  Arvind Walia
CEO, Porteck Corporation
300 Jericho Quadrangle West Suite 320
Jericho, NY 11753

http://www.porteck.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)

Re:  For the Sale of Porteck Corporation to:

Constellation Health Technologies, Inc.
875 3rd Avenue
9th Floor
New York, NY 10022
Paul Parmar, CEO

Purchase price:         $7,800,000
Paid at Closing:        $5,500,000
Earn-out paid in 12 months: $2,300,000

Due Now: $5,500,000 x 3.5%  = $192,500

Earn out paid in 12 months subject to a success fee of 3.5x the amount paid.

Wire:  Abstract Business Advisors, LLC
Wells Fargo, Anthem Village branch. Henderson, NV
RT# 121000248  /

For any additional questions, please call Dana Ferguson 504-220-4660

Exhibit
Wal 0009

2712 Botticelli Drive          Henderson, NV 89052          Phone: 702-896-9286

EHREN-WALIA 005141