# EXHIBIT G

## DISBURSEMENT AUTHORIZATION AND ITEMIZATION

Re:   Sale of Porteck Corporation assets to Physicans Practice Plus LLC

The undersigned hereby directs and authorizes Purchaser to disburse, to order of Porteck Corporation, the sum of $7,000,000.00 by wire transfers or check made payable to the following payees in the following amounts:

*TOTAL PROCEEDS: $7,000,000.00*

1) **People's United Bank**
   ABA#: 221172186
   Further Credit to: GL 24411-004
   Borrower Name: Porteck Corp
   Account #:
   Loan Type: Small Business LOC
   representing payoff ................................................................$ 597,648.59

2) **Atlantic Health, LLC**
   Wells Fargo Bank, N.A.
   San Francisco, CA
   Wire Routing Number: 121000248
   Account Number:
   Name on Account: Atlantic Health, LLC
   Account Address: 1402 W Swann Avenue, Tampa, FL 33606
   (PO Box 1351, Tampa, FL 33609)
   representing payoff ................................................................$ 625,000.00

3) **Itria Ventures LLC**
   Account Name: Porteck Corp
   Beneficiary Bank: Silicon Valley Bank
   Beneficiary Bank Address: 3003 Tasman Drive, Santa Clara, CA 95054
   Routing Transit#: 121140399
   Beneficiary Name: ITRIA Ventures LLC
   Beneficiary Address: 333 7th Avenue, 18th Floor, New York, NY 10001
   Beneficiary Account#:
   representing payoff ................................................................$ 471,527.74

4) **Itria Ventures LLC**
   Account Name: Porteck Corp
   Beneficiary Bank: Silicon Valley Bank
   Beneficiary Bank Address: 3003 Tasman Drive, Santa Clara, CA 95054
   Routing Transit#: 121140399
   Beneficiary Name: ITRIA Ventures LLC
   Beneficiary Address: 333 7th Avenue, 18th Floor, New York, NY 10001
   Beneficiary Account#:
   representing payoff ................................................................$ 189,555.48

5) **Swift Financial Corporation**
   Account Name: Porteck Corporation
   Advance #:
   Beneficiary Bank: Silicon Valley Bank
   Beneficiary Bank Address: 3003 Tasman Drive, Santa Clara, CA 95054
   Routing Transit#: 121140399
   Beneficiary Name: Swift Financial Corporation
   Beneficiary Mailing Address: 501 Carr Road, Suite 301, Wilmington, DE 19809
   representing payoff ................................................................$ 240,056.25

6) <u>PCA Note</u>
Steven Landy & Associates, PLLC, as attorneys,
ABA Routing No.: 021909300
Account No.:
Name on Account: Steven Landy & Associates PLLC, Attorney Trust Account
Account Address: 270 Madison Avenue, Suite 1400, NY, NY 10016
Bank Name: Hudson Valley Bank
Bank Address: Lincoln Building Branch, 60 East 42nd Street, NY, NY 10165
representing payoff ................................................................................$ 300,000.00

7) <u>Steven Landy & Associates, PLLC, as attorneys,</u>
ABA Routing No.: 021909300
Account No.:
Name on Account: Steven Landy & Associates PLLC, Attorney Trust Account
Account Address: 270 Madison Avenue, Suite 1400, NY, NY 10016
Bank Name: Hudson Valley Bank
Bank Address: Lincoln Building Branch, 60 East 42nd Street, NY, NY 10165
representing balance of closing proceeds.................................................$4,576,211.94

TOTAL DISBURSEMENT.................................................................<u>$7,000,000.00</u>

The foregoing constitutes disbursement of the entire cash proceeds, and such disbursement is hereby approved by the undersigned.

Dated: March 3, 2015

PORTECK CORPORATION

By: _____
Steven Landy as Authorized Agent