# EXHIBIT J

## RE: Agreements

**From:**
Arvind Walia <awalia@porteck.com>

Paul Parmar <paul@constellationhealthgroup.com>
**Date:**
Wed, 31 May 2017 13:15:28 -0400

Paul

Allrad direct is 100% owned by objecttech holdings, LLC. Allrad direct has one llc member named objecttech holdings

Thanks
Arvind

Selected Entity Name: ALLRAD DIRECT, LLC
                   Selected Entity Status Information

**Current Entity Name** ALLRAD DIRECT, LLC

   **DOS ID**      3513743

**Initial DOS Filing Date** MAY 07, 2007

      **County**      NEW YORK

      **Jurisdiction**      DELAWARE

      **Entity Type**      FOREIGN LIMITED LIABILITY COMPANY

**Current Entity Status** ACTIVE

                   Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

MARK E GELFAND ESQ
999 STEWART AVENUE
BETHPAGE, NEW YORK, 11714

                   **Registered Agent**

NONE


Thanks
Arvind

------------------------------------
Arvind Walia
, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)

EHREN-WALIA 004003

646-536-2515 (fax)
516-770-6222 (Mobile)

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:59 PM
**To:** Arvind Walia
**Subject:** RE: Agreements

But paperwork all says AllRad Direct ?
That is the product ?

What are all the products

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Wednesday, May 31, 2017 12:56 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** RE: Agreements

Objecttech holdings llc

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:54 PM
**To:** Arvind Walia; Sam Zaharis
**Subject:** RE: Agreements

What is the name of the company we are acquiring Arvind.

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Wednesday, May 31, 2017 8:19 AM
**To:** Sam Zaharis <Sam.Zaharis@constellationhealthgroup.com>
**Cc:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** Agreements

Sam

Can we get this done today, Please.

Thanks
Arvind

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Arvind Walia
CEO, Orion Health Corporation

EHREN-WALIA 004004

100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
( )-536-2515 (fax)
516-770-6222 (Mobile)
----------------------------------------

EHREN-WALIA 004005

# FW: allrad

**From:**
Paul Parmar <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=503ffed2192e49029125b06708036b06-paul parmar">
**To:**
Arvind Walia <awalia@porteck.com>, Arvind Walia <arvind.walia@orionhealthcorp.com>
**Date:**
Wed, 31 May 2017 13:04:14 -0400
**Attachments:**
AllRad Direct Diligence Report - 5-18-2017 Draft.pptx (263.76 kB)

Can we get accurate figures here pl.

Call me so we can discuss

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Thursday, May 18, 2017 5:08 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>; Sam Zaharis <Sam.Zaharis@constellationhealthgroup.com>
**Subject:** allrad

Paul and Sam

Please find the diligence report.

Sam – when can I get a contract...

Thanks
Arvind


---------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
---------------------------------

EHREN-WALIA 004006