# EXHIBIT L

# RE: software company

**From:**
Paul Parmar <paul@constellationhealthgroup.com>
**To:**
Lee Pershan <lsp@robinsonbrog.com>, "A. Mitchell Greene" <amg@robinsonbrog.com>, Adam J Greene <ajg@robinsonbrog.com>
**Cc:**
David Cykiert <dc@robinsonbrog.com>, Sam Zaharis <sam.zaharis@constellationhealthgroup.com>, Ravi Chivukula <ravi.chivukula@orionhealthcorp.com>
**Date:**
Wed, 31 May 2017 14:49:04 -0400

Overall profit of RCM business

Get Outlook for Android

---

**From:** Adam J Greene <ajg@robinsonbrog.com>
**Sent:** Wednesday, May 31, 2017 2:36:43 PM
**To:** Lee Pershan; A. Mitchell Greene
**Cc:** Paul Parmar; David Cykiert; Sam Zaharis; Ravi Chivukula
**Subject:** RE: software company


*Adam J. Greene, Esq.*
Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY  10022
(212) 603-0496 (Voice)

PP please explain this
We gather that the two installments should be $1,050,000. I don't understand the margin requirement - is it that overall profits of the company with some adjustment for the purchase price?

---

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:59 PM
**To:** Adam J Greene; Lee Pershan
**Cc:** Sam Zaharis; Ravi Chivukula
**Subject:** software company

Adam, Lee

I am acquiring a small software company for 4.5m with payments as follows
1. 2.4m at close
2. 2.1m paid in two 6 monthly installments of 550K each based on the software bringing 12% margin in first 6 months and 15% margins in next 6 months

Create a company called **Physicians Healthcare Network Management Solution ( PHNMS )** , LLC to make this acquisition of Objecttech holdings llc

Pl. do this quick so I can get it going.

EHREN-WALIA 004032