UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| | Adv. Pro. No. 20-08049 (AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | |
| Plaintiff, | |
| v. | |
| ARVIND WALIA; NIKNIM MANAGEMENT, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On January 18, 2023, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

- ➢ *Notice and Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Arvind Walia and Niknim Management, Inc.* [Docket No. 53];

- *Joint Statement of Uncontroverted Facts in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Plaintiff's Additional Statement of Facts* [Docket No. 54];

- *Affidavit of Jeffrey P. Nolan in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Arvind Walia and Niknim Management, Inc.* [Docket No. 55];

- *Affidavit of Edith Wong in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Arvind Walia and Niknim Management, Inc.* [Docket No. 56];

- *Affidavit of Frank A. Lazzara in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication* [Docket No. 57]; and

- *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Arvind Walia and Niknim Management, Inc.* [Docket No. 58].

                                        */s/ La Asia S. Canty*
                                            La Asia S. Canty

## EXHIBIT 1

Sanford P. Rosen, Esq.
Paris Gyparakis, Esq.
**ROSEN & ASSOCIATES, P.C.**
747 Third Avenue
New York, NY 10017-2803
Email: srosen@rosenpc.com
   pgyparakis@rosenpc.com

*Attorneys for Defendants Arvind Walia and Niknim Management Inc.*

Eugene Ronald Scheiman, Esq.
**The Law Office of Eugene R. Scheiman**
570 Lexington Avenue
Suite 1600
New York, NY 10022
Email: eugene.scheiman@scheimanlaw.com

*Attorney for Defendants Arvind Walia and Niknim Management Inc.*