# EXHIBIT 8



(/cases/CCT)    **Orion HealthCorp, Inc.**

## Proof of Claim

Your entry was successfully submitted. Your claim number is:**0000010001**

Please keep this number for your records. A notification email has been sent to the address you provided during registration.

In the event you were unable to upload your supporting documentation electronically, you are permitted to submit it in hard copy form to the following address. **Do not send original documents; they may be destroyed after scanning.**

*\* You must include a copy of the Confirmation of Electronic Filing for your claim with the hard copy of your supporting documentation to ensure it is linked to the correct claim on the Debtor's claims register.*

**If by First-Class Mail:**
Orion HealthCorp, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand-Delivery or Overnight Mail:**
Orion HealthCorp, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

Thank You.

⏻ Logout (/account/logoff)

☁ My Dashboard (/cases/CCT)

workflow (http://www.epiqsystems.com/)

Disclaimer (http://www.epiqsystems.com/disclaimer) | Terms of use

(http://www.epiqsystems.com/terms-of-use) | Privacy policy

(http://www.epiqsystems.com/privacy-statement)

People. Partnership. Performance.
© 2018 Epiq

5/10/2018

EHREN-WALIA 003172



**ORION** (/cases/CCT) | **Orion HealthCorp, Inc.**
HEALTHCORP

## Proof of Claim



| Previous | 503(b)(9) | Supporting Documentation | Electronic Signature | Previ | Next |

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $500,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH. 18 U.S.C. §§ 152, 157, and 3571.**

Please select one(*)     ◉ I am the creditor

⬡ I am the creditor's attorney or authorized agent

⬡ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004

⬡ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005

---

## Contact information for the person completing and signing this claim

| | |
|---|---|
| Name (*) | John G. McBride |
| Address line 1 (*) | c/o David K. Bissinger |
| Address line 2 | Bissinger, Oshman & Williams LLP |
| Address line 3 | 5850 San Felipe, Floor 5 |
| City (*) | Houston |
| | TX |

EHREN-WALIA 003173

| | |
|---|---|
| State | |
| ZIP Code (*) | 77057 |
| Country | USA |
| Contact Phone | 713-524-8811 |
| Contact email | dbissinger@bowllp.com |

Filing this claim electronically, FRBP5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

By clicking the Electronic Signature Acceptance box below, I understand that I am electronically signing this proof of claim form and affirming that all the information I have provided therein is true and correct to the best of my knowledge, information and belief. I intend this electronic signature to carry the same force and effect as my physical signature.

Signature(*)

Electronic Signature    ☑
Acceptance(*)

⊕ BACK                                              NEXT ⊕

workflow (http://www.epiqsystems.com/)

Disclaimer (http://www.epiqsystems.com/disclaimer) | Terms of use
(http://www.epiqsystems.com/terms-of-use) | Privacy policy
(http://www.epiqsystems.com/privacy-statement)

People. Partnership. Performance.

EHREN-WALIA 003174

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2015
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOHN G. "JACK" McBRIDE and ALAN NOTTINGHAM, Plaintiffs, §§§§ | |
| v. §§ | CIVIL ACTION NO. 4:14-2944 |
| ORION HEALTHCORP, INC. and THE ORION HEALTHCORP, INC. DEFERRED COMPENSATION PLAN, Defendants. §§§§§§ | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs John G. "Jack" McBride and Alan Nottingham's Motion for Summary Judgment [Doc. # 22] is **GRANTED**. It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff McBride shall have judgment against Defendants Orion HealthCorp, Inc. and The Orion HealthCorp, Inc. Deferred Compensation Plan in the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date. It is further

P:\ORDERS\11-2014\2944Finalmt.docx  151216.1329

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Nottingham shall have judgment against Defendants Orion HealthCorp, Inc. and The Orion HealthCorp, Inc. Deferred Compensation Plan in the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date. It is further

**ORDERED** that all taxable costs of court allowable under 28 U.S.C. § 1920 shall be paid by Defendants, who are liable jointly and severally. It is further

**ORDERED** that postjudgment interest shall be at 0.71 % per annum.

SIGNED at Houston, Texas, this 16th day of **December, 2015**.

Nancy F. Atlas
United States District Judge

EHREN-WALIA 003176

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332957

| JOHN G. "JACK" MCBRIDE and<br>ALAN NOTTINGHAM | IN THE DISTRICT COURT |
| VS. | OF HARRIS COUNTY, TEXAS |
| ORION HEALTHCORP, INC. and THE<br>ORION HEALTHCORP, INC.<br>DEFERRED COMPENSATION PLAN | 215TH JUDICIAL DISTRICT |

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is

a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No.

2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED

STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO.

4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED | N/A | N/A | N/A |
| COMPENSATION PLAN<br>3200 WILCREST STE 600<br>HOUSTON TX 77042 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of
Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; |
| Rate of Interest: | Postjudgment interest shall be at 0.71% per annum; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $270.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:
EDWARD L. FRIEDMAN
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

BY _____, Deputy
CRYSTAL LOPEZ

Judgment Creditor(s) Address:
JOHN G "JACK" MCBRIDE          ALAN NOTTINGHAM
1826 SOUTH BLVD                31 HELENA CT
HOUSTON TX 77098              COLDSPRING TX 77042

FJ-21    R11-12-90

EHREN-WALIA 003177

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332953

| | |
|---|---|
| JOHN G. "JACK" MCBRIDE and<br>ALAN NOTTINGHAM | IN THE DISTRICT COURT |
| VS. | OF HARRIS COUNTY, TEXAS |
| ORION HEALTHCORP, INC. and THE<br>ORION HEALTHCORP, INC.<br>DEFERRED COMPENSATION PLAN | 215TH JUDICIAL DISTRICT |

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is

a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No.

2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED

STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO.

4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED<br>COMPENSATION PLAN<br>3200 WILCREST STE 600<br>HOUSTON TX 77042 | N/A | N/A | N/A |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of
Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; |
| Rate of Interest: | Postjudgment interest shall be at 0.71% per annum; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $270.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:
EDWARD L FRIEDMAN
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

BY _____, Deputy
CRYSTAL LOPEZ

Judgment Creditor(s) Address:
JOHN G "JACK" MCBRIDE          ALAN NOTTINGHAM
1826 SOUTH BLVD                31 HELENA CT
HOUSTON TX 77098               COLDSPRING TX 77042

PJ-21   R11-12-90

EHREN-WALIA 003178