# EXHIBIT 9

## SCHEDULE 10

## Summary of Legal Actions Against the Debtors

Pursuant to E.D.N.Y. LBR 1007-4(a)(xii), the following is a list of the nature and present status of each material action or proceeding, pending or threatened, against the Debtors or their properties where a judgment against the Debtors or a seizure of their property may be imminent.

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 1. | *American Express Travel Related Services Company, Inc. v. Constellation Healthcare Technologies, Inc.* (Index No. 657592/2017) | American Express Travel Related Services Company, Inc. | Constellation Healthcare Technologies, Inc. | 12/28/17 | Supreme Court of New York, County of New York | Breach of contract | Pending |
| 2. | *Kolb Radiology, PC v. Orion Healthcorp, Inc. d/b/a Porteck, LLC* (Case No. 1:16-cv-07824-GHW) | Kolb Radiology, PC ("Kolb") | Orion Healthcorp. d/b/a Porteck, LLC | 10/1/16 | SDNY | Breach of contract and conversion | Pending |
| 3. | *Parkersburg Radiology Services, Inc. v. Orion Healthcorp, Inc.* (Civil Action No. 17-C-291) | Parkersburg Radiology Services, Inc. ("PRS") | Orion North West Medical Solutions WV, LLC (note: party improperly identified—should be NEMS West Virginia, LLC ("NEMS WV")) | 8/12/17 | Circuit Court of Wood County, WV | Breach of contract, breach of fiduciary duty, negligent misrepresentation, and unjust enrichment | Pending |

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 4. | *GeBBS Healthcare Solutions, Inc. v. Orion HealthCorp, Inc.* (Index No. 650346/2018) | GeBBS Healthcare Solutions, Inc. ("GeBBS") | Orion HealthCorp, Inc. | 1/23/18 | NY Supreme, County of NY | Breach of contract | Pending |
| 5. | *Criterions, LLC v. Visient Corp., et al.* (Index No. 601569/16) | Criterions, LLC | Visient Corp. Arvind Walia Constellation Healthcare Technologies Physicians Practice Plus | 3/9/16 | New York Supreme Court—Nassau County | Breach of contract | Pending |
| 6. | *Steel Valley Emergency Physicians, LLC v. North East Medical Solutions, LLC, et al.* (Docket No. GD-16-01479) | Steel Valley Emergency Physicians, LLC ("SVEP") | North East Medical Solutions, LLC ("NEMS") Orion Healthcorp, Inc ("Orion") | 8/16/16 | Court of Common Pleas, Allegheny County, PA | Breach of contract and breach of duty of loyalty | Pending |
| 7. | *Cohen, et al. v. Porteck Corporation, et al.* (Index No. 617280/2017) | Christine Cohen Ronald Cohen | Porteck Corporation ("Porteck") Visient Corp. Orion Healthcorp, Inc. ("Orion") | 9/6/17 | Supreme Court of the State of NY, County of Suffolk | Breach of contract | Pending |

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 8. | *GSS Infotech v. Orion HealthCorp, Inc. and Constellation Health, LLC* (Cause No. 2014-45701/2016/45701) | GSS Infotech ("GSS") | Orion HealthCorp, Inc. ("Orion") Constellation Health, LLC ("Constellation Health") | 10/1/16 | District Court of Harris County, TX | Breach of contract, quantum meruit, and unjust enrichment | Pending |
| 9. | *Singh-Narayan and Yamraj v. Orion Healthcorp, Inc* (Index No. 709520/17) | Rookminee Singh-Narayan Jairaj Yamrajthank | Orion HealthCorp, Inc. ("Orion") Physicians Practice Plus, LLC ("PPP") | 7/13/17 | Supreme Court of the State of NY, County of Queens | Unpaid wages | Pending |
| 10. | *Orion HealthCorp, Inc. and RMI Physicians Services Corp. v. John G. McBride, et al.* (Case No. 2014-01758) (Court of Appeals Number: 01-17-00131-CV) | Orion HealthCorp, Inc. ("Orion") RMI Physicians Services Corp. ("RMI") | John G. McBride Alan R. Nottingham Chi T. Luu On Q Operating Company, LLC On Q Contact Center S.A | 1/15/14 | District Court of Harris County, TX Court of Appeals, First District | Breach of contract and fraud | Settlement pending. |
| 11. | *Ferrer, Claudio v. RMI Physician Services Corporation d/b/a Orion-RMI* (Case No. 15-CA-2537) | Ferrer, Claudio | RMI Physician Services Corporation | 9/30/15 | Circuit Court of 20th Judicial Circuit in Lee County, Florida | Class action for statutory damages | Settlement pending. |

EHREN-WALIA 00909

EAST\152114113.7

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 12. | *1805 Old Alabama Road, LLC v. Orion Healthcorp, Inc.*, 16-EV-000241 | 1805 Old Alabama Road LLC | Orion Healthcorp, Inc. | 1/2016 | State Court of Fulton County, State of Georgia | Breach of contract | Final judgment entered for $227,473.59. |
| 13. | *Cockerell Dermatopathology, P.A. v. Medical Billing Services, Inc. d/b/a Orion MBS, et al.* (Cause No. DC-1602365) | Cockerell Dermatopathology, P.A. ("Cockerell") | Medical Billing Services, Inc. ("MBS") Orion HealthCorp, Inc. ("Orion") Joseph A. Seale Dale Brinkman Arvind Walia Ravi Sankar Chivukula | 2/29/16 | District Court of Dallas County, TX | Breach of contract and negligence | Case settled. Dismissal papers not yet filed. |