UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| | Adv. Pro. No. 20-08049 (AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | |
| Plaintiff, | |
| v. | |
| ARVIND WALIA; NIKNIM MANAGEMENT, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On February 22, 2023, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

- ➢ *Opposition to Motion of Defendants Arvind Walia and Niknim Management Inc. for Partial Summary Judgment Dismissing Claims Asserted in the Complaint Under 11 U.S.C. §544*  [Docket No. 60];

- *Plaintiff's Response to Defendants' Separate Statement of Facts and Plaintiff's Additional Facts in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication* [Docket No. 61];

- *Affidavit of Jeffrey P. Nolan in Support of Opposition to Motion of Defendants Arvind Walia and Niknim Management, Inc. for Partial Summary Judgment Dismissing Claims Asserted in the Complaint Under 11 U.S.C. §544* [Docket No. 62].

                                                 */s/ La Asia S. Canty*
                                                  La Asia S. Canty

## EXHIBIT 1

Sanford P. Rosen, Esq.
Paris Gyparakis, Esq.
**ROSEN & ASSOCIATES, P.C.**
747 Third Avenue
New York, NY 10017-2803
Email: srosen@rosenpc.com
        pgyparakis@rosenpc.com

*Attorneys for Defendants Arvind Walia and Niknim Management Inc.*

Eugene Ronald Scheiman, Esq.
**The Law Office of Eugene R. Scheiman**
570 Lexington Avenue
Suite 1600
New York, NY 10022
Email: eugene.scheiman@scheimanlaw.com

*Attorney for Defendants Arvind Walia and Niknim Management Inc.*