**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>Defendants. | Adv. Proc. No. 20-08049 (AST) |

## CERTIFICATE OF SERVICE

**Sanford P. Rosen**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

    2.    On February 22, 2023, I served a copy of each of the following:

    (i)    Defendants' Affidavit in Opposition to Plaintiff's Motion for Summary Judgment;
    (ii)    Brief in Opposition to Plaintiff's Motion for Summary Judgment or in the Alternative Summary Adjudication; and
    (iii)    Affirmation of Sanford P. Rosen in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment

by electronic mail upon:

    Jeffery P. Nolan, Esq.
    **PACHULSKI STANG ZIEHL & JONES LLP**
    *Counsel to* Plaintiff Howard M. Ehrenberg, in his capacity of
    Liquidating Trustee of Orion Healthcorp, Inc., *et al*
    780 Third Avenue, 34th Floor
    New York, NY 10017

2

by causing copies thereof to be emailed to Jeffery P. Nolan at jnolan@pszjlaw.com.

Dated: New York, New York
      March 2, 2023

                                                                    /s/ Sanford P. Rosen
                                                                       Sanford P. Rosen