**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>Defendants. | Adv. Proc. No. 20-08049 (AST) |

## **CERTIFICATE OF SERVICE**

**Sanford P. Rosen**, under penalty of perjury, hereby certifies as follows:

        1.     I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

        2.     On February 22, 2023, I served a copy of each of the following:

        (i)     Defendants' Affidavit in Opposition to Plaintiff's Motion for Summary Judgment;
        (ii)    Brief in Opposition to Plaintiff's Motion for Summary Judgment or in the Alternative Summary Adjudication; and
        (iii)   Affirmation of Sanford P. Rosen in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment

by electronic mail upon:

        Jeffery P. Nolan, Esq.
        **PACHULSKI STANG ZIEHL & JONES LLP**
        *Counsel to* Plaintiff Howard M. Ehrenberg, in his capacity of
        Liquidating Trustee of Orion Healthcorp, Inc., *et al*
        780 Third Avenue, 34th Floor
        New York, NY 10017

by causing copies thereof to be emailed to Jeffery P. Nolan at jnolan@pszjlaw.com.

Dated: New York, New York
      March 2, 2023

                                              /s/ Sanford P. Rosen
                                                Sanford P. Rosen