**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>Defendants. | Adv. Proc. No. 20-08049 (AST) |

## CERTIFICATE OF SERVICE

**Sanford P. Rosen**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

    2.    On March 10, 2023, I served a copy of the Defendants' Reply in Support of Defendants' Motion for Summary Judgment by electronic mail upon:

> Jeffery P. Nolan, Esq.
> **PACHULSKI STANG ZIEHL & JONES LLP**
> *Counsel to* Plaintiff Howard M. Ehrenberg, in his capacity of
> Liquidating Trustee of Orion Healthcorp, Inc., *et al*
> 780 Third Avenue, 34th Floor
> New York, NY 10017

by causing a copy thereof to be emailed to Jeffery P. Nolan at jnolan@pszjlaw.com.

Dated: New York, New York
      March 13, 2023

                                                         /s/ Sanford P. Rosen
                                                         Sanford P. Rosen