**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>Defendants. | Adv. Proc. No. 20-08049 (AST) |

**CERTIFICATE OF SERVICE**

**Sanford P. Rosen**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in Shelter Island, New York and I am not a party to this proceeding.

2. On January 5, 2024, I served a copy of each of the following:

    (i) Affirmation of Sanford P. Rosen in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment

    (ii) Defendants' Corrected Affidavit in Opposition to Plaintiff's Motion for Summary Judgment

by electronic mail upon:

> Jeffery P. Nolan, Esq.
> **PACHULSKI STANG ZIEHL & JONES LLP**
> *Counsel to* Plaintiff Howard M. Ehrenberg, in his capacity of
> Liquidating Trustee of Orion Healthcorp, Inc., *et al*
> 780 Third Avenue, 34th Floor
> New York, NY 10017

by causing copies thereof to be emailed to Jeffery P. Nolan at jnolan@pszjlaw.com.

Dated: New York, New York
January 12, 2024

   /s/ Sanford P. Rosen
Sanford P. Rosen