

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**TEXAS**

440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE: 713/691 9385**

FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

January 25, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

  **Re:**  **In re Orion HealthCorp, Inc., et al.**
     **Howard M. Ehrenberg v. Arvind Walia;**
     **Niknim Management Inc.**
     <u>**USBC EDNY Adv. Proc. No. 20-08049-ast**</u>

Dear Judge Trust:

  We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

  Per the Court's instruction, I write to confirm that the Court has continued the Pretrial Conference from January 23, 2024 at 2:00 p.m. (prevailing Eastern Time) to **February 27, 2024 at 2:00 p.m.** (prevailing Eastern Time), before the Honorable Alan S. Trust, United States Bankruptcy Judge, Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

  I also write to confirm that the Court will take oral argument on the submitted motions for summary judgment. If counsel for the Defendants cannot participate in the continued hearing date, he is instructed to notify the Court and parties not later than **February 20, 2024, at 5:00 pm** at which time the Court may continue the hearing and decide the motions as submitted without oral argument.

           Very truly yours,

           */s/ Jeffrey P. Nolan*

           Jeffrey P. Nolan

LA:4870-5773-7632.1 65004.003