

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET

15th FLOOR

SAN FRANCISCO

CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET

17th FLOOR

P.O. BOX 8705

WILMINGTON

DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE

34th FLOOR

NEW YORK

NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700

FACSIMILE: 212/561 7777

**TEXAS**

440 LOUISIANA STREET

SUITE 900

HOUSTON

TEXAS 77002

**TELEPHONE:** 713/691 9385

FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

March 5, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:    In re Orion HealthCorp, Inc., et al.
         Howard M. Ehrenberg v. Arvind Walia;
         Niknim Management Inc.
         <u>USBC EDNY Adv. Proc. No. 20-08049-ast</u>**

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

Per the Court's instruction, I write to confirm that the Court has continued the Pretrial Conference from March 6, 2024 to **March 14, 2024,** at 2:00 pm EST, before the Honorable Alan S. Trust, United States Bankruptcy Judge, Brooklyn courthouse, 271-C Cadman Plaza, E Brooklyn, NY 11201. Appearances can be made in person or via the Zoom platform.

I also write to confirm that the Court will take oral argument on the submitted motions for summary judgment.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

cc:  Sanford P. Rosen, Esq. (Via ECF and electronic mail)
     (Counsel for Defendants)

LA:4870-5773-7632.4 65004.003