

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE: 713/691 9385**

FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

April 5, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

  **Re:**   **In re Orion HealthCorp, Inc., et al.**
     **Howard M. Ehrenberg v. Arvind Walia;**
     **Niknim Management Inc.**
     <u>**USBC EDNY Adv. Proc. No. 20-08049-ast**</u>

Dear Judge Trust:

  We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

  Per the Court's instruction, I write to confirm that the Court has continued the Pretrial Conference and the pending summary judgment motions from March 14, 2024 to **April 10, 2024 at 11:00 am** EST, before the Honorable Alan S. Trust, United States Bankruptcy Judge, Brooklyn courthouse, 271-C Cadman Plaza, E Brooklyn, NY 11201, which date will be treated as a Ruling Conference. Appearances can be made in person or via the Zoom platform.

          Very truly yours,

          */s/ Jeffrey P. Nolan*
         Jeffrey P. Nolan

 cc: (Counsel for Defendants)
    Sanford P. Rosen, Esq; (Via ECF and electronic mail)
    Eugene Scheiman, Esq. (Via ECF and electronic mail)

LA:4870-5773-7632.6 65004.003