

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Jeffrey P. Nolan

April 18, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  **In re Orion HealthCorp., Inc., et al.
Howard M. Ehrenberg v. Abruzzi Investments,
LLC; John Petrozza.
Adv. Proc. No. 20-08052 (AST)**

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

Pursuant to the Ruling Conference and the instruction from the Court at the Notice of Ruling on Summary Judgment held on April 10, 2024 counsel for the Liquidating Trustee circulated to Defendants for comment a draft *Order Denying Plaintiff's Motion For Summary Judgment; Denying Defendant Abruzzi Investment And John Petrozza's Cross Motion For Summary Judgment; Ruling On Evidentiary Objections; And Establishing Facts As Admitted In The Case Pursuant To FRCP 56.*



The Honorable Alan S. Trust
April 18, 2024
Page 2

      After incorporating changes from counsel, Plaintiff filed and uploaded the Order.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

cc:  Anthony Giuliano, Esq.
      Counsel for Defendants (Via ECF)