United States Bankruptcy Court
Eastern District of New York

Ehrenberg,
    Plaintiff

Arvind Walia,
    Defendant

Adv. Proc. No. 20-08049-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 2
Date Rcvd: Dec 18, 2024      Form ID: 296      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

**Recip ID      Recipient Name and Address**
aty      + Jeffrey Norlan, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024
     + Jeffrey Nolan, Pachulski Stang Ziehl & Hones, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4114

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:**

**Name      Email Address**

Eugene Ronald Scheiman
     on behalf of Defendant Arvind Walia eugene.scheiman@scheimanlaw.com

Eugene Ronald Scheiman
     on behalf of Defendant Niknim Management Inc. eugene.scheiman@scheimanlaw.com

Ilan D Scharf
     on behalf of Plaintiff Howard M Ehrenberg ischarf@pszjlaw.com  nhall@pszjlaw.com

Jeffrey P Nolan
     on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com  lcanty@pszjlaw.com

Jonathan L Flaxer
     on behalf of Mediator Jonathan L Flaxer  Esq jflaxer@golenbock.com,

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: 296 | Total Noticed: 2 |

mweinstein@golenbock.com;courtnotifications@golenbock.com

Paris Gyparakis

on behalf of Defendant Niknim Management Inc. pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Paris Gyparakis

on behalf of Defendant Arvind Walia pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Arvind Walia srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

TOTAL: 9

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                                   CASE NO: 8−20−08049−ast

Ehrenberg v. Arvind Walia et al

DEBTOR(s)

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 11/20/24 was filed on 12/16/24.

The following deadlines apply:

The parties have until December 23, 2024 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 6, 2025.

If a Transcript Redaction Request is filed, the redacted transcript is due January 16, 2025.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 17, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber E−Scribe at 800−300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 18, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]