**APPEAL**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Adversary Proceeding #: 8−20−08049−ast

*Assigned to:* Judge Alan S. Trust  
*Lead BK Case:* 18−71748  
*Lead BK Title:* Orion Healthcorp, Inc. and Allied World National Assurance Co.  
*Lead BK Chapter:* 11  
*Demand:* $4020000  
   *Nature[s] of Suit:*   12  Recovery of money/property − 547 preference  
                              13  Recovery of money/property − 548 fraudulent transfer  
                              14  Recovery of money/property − other

*Date Filed:* 03/13/20

*Plaintiff*  
−−−−−−−−−−−−−−−−−−−−−−−−  
**Howard M Ehrenberg,** *in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al*

represented by **Jeffrey P Nolan**  
Pachulski Stang Ziehl & Jones LLP  
780 Third Avenue  
34th Floor  
New York, NY 10017  
310−772−2313  
Fax : 310−201−0760  
Email: jnolan@pszjlaw.com

**Jeffrey Norlan**  
Pachulski Stang Ziehl & Jones LLP  
780 Third Avenue  
34th Floor  
New York, NY 10017  
*LEAD ATTORNEY*

**Ilan D Scharf**  
Pachulski Stang Ziehl & Jones LLP  
780 Third Avenue  
36th Floor  
New York, NY 10017  
(212) 561−7721  
Fax : (212) 561−7777  
Email: ischarf@pszjlaw.com  
*LEAD ATTORNEY*

V.

*Defendant*  
−−−−−−−−−−−−−−−−−−−−−−−−  
**Arvind Walia**

represented by **Paris Gyparakis**  
Porzio, Bromberg & Newman, P.C.  
1675 Broadway, Ste 1810  
New York, NY 10019  
212−265−6888

Fax : 212−957−3983
Email: pgyparakis@pbnlaw.com

**Christine McCabe**
Christine McCabe
4609 Bedford Blvd.
Wilmington, DE 19803
302−354−2166
Email: cmccabe@rosenpc.com

**Sanford P Rosen**
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017−2803
(212) 223−1100
Fax : (212) 223−1102
Email: srosen@rosenpc.com

**Eugene Ronald Scheiman**
The Law Office of Eugene R. Scheiman
17 State Street
Ste Floor 40
New York, NY 10004
212−594−7563
Email: eugene.scheiman@scheimanlaw.com

*Defendant*
-----------------------
**Niknim Management Inc.**         represented by **Paris Gyparakis**
                                                   (See above for address)

                                                   **Sanford P Rosen**
                                                   (See above for address)

                                                   **Eugene Ronald Scheiman**
                                                   (See above for address)

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 04/03/2025 | | 157 | Judgment against Defendants Arvind Walia and Niknim Management Inc. ORDERED AND ADJUDGED that Plaintiff recover the following: Judgment is hereby entered against Defendants, Arvind Walia, and NIKNIM Management, Inc., jointly and individually, and in favor of Plaintiff, Howard M Ehrenberg, the duly appointed Liquidating Trustee for Orion Healthcorp., Inc., in the amount of $1,520,000 in principal plus costs of suit of $350.00 and prejudgment interest, calculated from the date of the filing of the Complaint on March 13, 2020, to judgment, (1,831 days) calculated in accordance with New York State Law at 9% simple interest in the amount of $686,248.76, for a total judgment of $2,206,598.76.Post−judgment interest shall accrue and be payable by Defendants, Arvind Waliaand NIKNIM Management, Inc., jointly and individually at the prevailing federalrate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the amount is paid in full (RE: related document(s)153 Order). Signed on 4/3/2025 (dnb) (Entered: 04/04/2025) |
| 04/10/2025 | | 159 | Notice of Appeal to District Court. *Joint Notice of Appeal of Defendants Arvind Walia & Niknim Management Inc.*. Fee Amount $298 Filed by Christine McCabe on behalf of Arvind Walia, Niknim Management Inc. (RE: related document(s)157 Judgment). Appellant Designation due by |

| | | | |
|---|---|---|---|
| | | | 04/24/2025. Transmission of Designation to District Court Due by 05/12/2025. (Attachments: # 1 Order and Judgment)(McCabe, Christine) (Entered: 04/10/2025) |
| 04/10/2025 | | 160 | Civil Cover Sheet Filed by Christine McCabe on behalf of Arvind Walia, Niknim Management Inc. (RE: related document(s)159 Notice of Appeal filed by Defendant Arvind Walia). (McCabe, Christine) (Entered: 04/10/2025) |
| 04/11/2025 | | 161 | Notice to Parties of Requirements, Deadlines (RE: related document(s)159 Notice of Appeal filed by Defendant Arvind Walia, Defendant Niknim Management Inc.) (one) (Entered: 04/11/2025) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-71748-(AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br><br>- against -<br><br>ARVIND WALIA; NIKNIM MANAGEMENT, INC.,<br><br>Defendant. | Adversary Proc. No. 20-08049-(AST) |

**JUDGEMENT AGAINST ARVIND WALIA AND NIKNIM MANAGEMENT, INC.**

The Court having called this adversary for the duly scheduled ruling conference on November 20, 2024, (the "Ruling Conference") following the trial conducted on July 24, 2024, and the Court having considered the evidence submitted by the parties and issued its order related thereto, judgment is hereby entered against Arvind Walia and NIKNIM Management,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748

Case 8-20-08049-ast    Doc 162    Filed 04/03/25    Entered 04/04/25 09:23:08

Inc., jointly and individually, in favor of the Plaintiff, Howard M. Ehrenberg, In His Capacity As Liquidating Trustee Of Orion Healthcorp, Inc., as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff recover the following:

1. Judgment is hereby entered against Defendants, Arvind Walia, and NIKNIM Management, Inc., jointly and individually, and in favor of Plaintiff, Howard M Ehrenberg, the duly appointed Liquidating Trustee for Orion Healthcorp., Inc., in the amount of $1,520,000 in principal plus costs of suit of $350.00 and prejudgment interest, calculated from the date of the filing of the Complaint on March 13, 2020, to judgment, (1,831 days) calculated in accordance with New York State Law at 9% simple interest in the amount of $686,248.76, for a total judgment of $2,206,598.76.

2. Post-judgment interest shall accrue and be payable by Defendants, Arvind Walia and NIKNIM Management, Inc., jointly and individually at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the amount is paid in full.



Dated: April 3, 2025
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 4/4/2025 |
| Case: 8−20−08049−ast | Form ID: pdf000 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Eugene Ronald Scheiman    eugene.scheiman@scheimanlaw.com
aty    Paris Gyparakis    pgyparakis@pbnlaw.com
aty    Sanford P Rosen    srosen@rosenpc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    United States Trustee    Long Island Federal Courthouse    560 Federal Plaza − Room 560    Central Islip, NY 11722−4437 USA
10129404    Arvind Walia    C/O The Law Office of Eugene R. Scheiman    570 Lexington Avenue, Suite 1600    New York, New York 10022
10129405    Niknim Management Inc.    C/O The Law Office of Eugene R. Scheiman    570 Lexington Avenue, Suite 1600    New York, New York 10022

TOTAL: 3

Official Form 417A (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>Defendants. | Adv. Proc. No. 20-08049 (AST) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Arvind Walia and Niknim Management Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendants
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   a. <u>Judgment against Defendants Arvind Walia and Niknim Management Inc.</u> ORDERED AND ADJUDGED that Plaintiff recover the following: Judgment is hereby entered against Defendants, Arvind Walia, and NIKNIM Management, Inc., jointly and individually, and in favor of Plaintiff, Howard M Ehrenberg, the duly

> *appointed Liquidating Trustee for Orion Healthcorp., Inc., in the amount of $1,520,000 in principal plus costs of suit of $350.00 and prejudgment interest, calculated from the date of the filing of the Complaint on March 13, 2020, to judgment, (1,831 days) calculated in accordance with New York State Law at 9% simple interest in the amount of $686,248.76, for a total judgment of $2,206,598.76.Post-judgment interest shall accrue and be payable by Defendants, Arvind Walia and NIKNIM Management, Inc., jointly and individually at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the amount is paid in full [Doc. No. 157], a copy of which is annexed hereto.*

2. State the date on which the judgment—or the appealable order or decree—was entered: April 3, 2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. Plaintiff:<br><br>HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL. | Jeffery P. Nolan, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Phone: (310) 772.2313<br>Email: jnolan@pszjlaw.com |
| 2. Defendants:<br><br>ARVIND WALIA and NIKNIM MANAGEMENT INC. | Sanford P. Rosen, Esq.<br>**ROSEN & ASSOCIATES, P.C.**<br>PO Box 1274<br>Shelter Island Heights, NY 11965<br>Phone: (212) 223-1100<br>Email: srosen@rosenpc.com<br><br>Eugene R. Scheiman, Esq.<br>**LAW OFFICS OF EUGENE R. SCHEIMAN, PLLC**<br>570 Lexington Avenue<br>New York, NY 10022<br>Phone: (646) 280-9000<br>Email: eugene.scheiman@sheimanlaw.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**5: Sign below**

**ROSEN & ASSOCIATES, P.C.**

By: _/s/ Sanford P. Rosen_
     Sanford P. Rosen                                                   April 10, 2025

P.O. Box 1274
Shelter Island Heights, NY 11965
Telephone: (212) 223-1100

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**CERTIFICATE OF SERVICE**

     I certify that on April 10, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record.

/s/ _Christine McCabe_
     Christine McCabe

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC.,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-71748-(AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>　　　　　Plaintiff,<br><br>　　- against -<br><br>ARVIND WALIA; NIKNIM MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Adversary Proc. No. 20-08049-(AST) |

## **JUDGEMENT AGAINST ARVIND WALIA AND NIKNIM MANAGEMENT, INC.**

The Court having called this adversary for the duly scheduled ruling conference on November 20, 2024, (the "Ruling Conference") following the trial conducted on July 24, 2024, and the Court having considered the evidence submitted by the parties and issued its order related thereto, judgment is hereby entered against Arvind Walia and NIKNIM Management,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748

Inc., jointly and individually, in favor of the Plaintiff, Howard M. Ehrenberg, In His Capacity As Liquidating Trustee Of Orion Healthcorp, Inc., as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff recover the following:

1. Judgment is hereby entered against Defendants, Arvind Walia, and NIKNIM Management, Inc., jointly and individually, and in favor of Plaintiff, Howard M Ehrenberg, the duly appointed Liquidating Trustee for Orion Healthcorp., Inc., in the amount of $1,520,000 in principal plus costs of suit of $350.00 and prejudgment interest, calculated from the date of the filing of the Complaint on March 13, 2020, to judgment, (1,831 days) calculated in accordance with New York State Law at 9% simple interest in the amount of $686,248.76, for a total judgment of $2,206,598.76.

2. Post-judgment interest shall accrue and be payable by Defendants, Arvind Walia and NIKNIM Management, Inc., jointly and individually at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the amount is paid in full.



Dated: April 3, 2025
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge

2

11

# Notice Recipients

District/Off: 0207−8     User: admin     Date Created: 4/4/2025
Case: 8−20−08049−ast     Form ID: pdf000     Total: 6

**Recipients of Notice of Electronic Filing:**
aty     Eugene Ronald Scheiman     eugene.scheiman@scheimanlaw.com
aty     Paris Gyparakis     pgyparakis@pbnlaw.com
aty     Sanford P Rosen     srosen@rosenpc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     Long Island Federal Courthouse     560 Federal Plaza − Room 560     Central Islip, NY 11722−4437 USA
10129404     Arvind Walia     C/O The Law Office of Eugene R. Scheiman     570 Lexington Avenue, Suite 1600     New York, New York 10022
10129405     Niknim Management Inc.     C/O The Law Office of Eugene R. Scheiman     570 Lexington Avenue, Suite 1600     New York, New York 10022

TOTAL: 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. 18-71748 (AST) Adv. Pro. No. *(if applicable)* 20-08049 (AST)

**Bankruptcy Appeal**

| APPELLANTS | APPELLEES |
|---|---|
| ARVIND WALIA and NIKNIM MANAGEMENT INC. | HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL. |
| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
| Sanford P. Rosen, Esq.<br>**ROSEN & ASSOCIATES, P.C.**<br>P.O. Box 1274<br>Shelter Island Heights, NY 11965<br>Phone: (212) 223-1100<br>Email: srosen@rosenpc.com<br><br>Eugene R. Scheiman, Esq.<br>**LAW OFFICES OF EUGENE R. SCHEIMAN, PLLC**<br>570 Lexington Avenue<br>New York, NY 10022<br>Phone: (646) 280-9000<br>Email: eugene.scheiman@sheimanlaw.com | Jeffery P. Nolan, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Phone: (310) 772.2313<br>Email: jnolan@pszjlaw.com |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*
Appellants appeal from the Judgment of the United States Bankruptcy Court entered against Appellants Arvind Walia and Niknim Management Inc. [Doc. No. 157]

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE _____ DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

   *1. PROPERTY ' INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
   *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
   *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: 04/10/2025    Signature of Attorney of Record: /s/ *Sanford P. Rosen*
               *(or Appellant Pro Se)*

**FOR COURT USE ONLY**

APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

13

CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)

Did the cause of action arise in Nassau or Suffolk County? Yes

If YES, please indicate which county: Suffolk

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES Yes             NO

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES    (If yes, please explain)        NO No

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules,

Attorney Bar Code: 19-23079

E-Mail Address  srosen@rosenpc.com

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                                       CASE NO: 8−20−08049−ast

Ehrenberg v. Arvind Walia et al

## NOTICE TO PARTIES CONCERNING APPEAL (ECF CASE)

A Notice of Appeal was filed on April 10, 2025, in the above case by Arvind Walia, Niknim Management Inc., regarding Judgment against Defendants Arvind Walia and Niknim Management Inc. dated April 3, 2025, document number 157.

Effective December 1, 2014, Part VIII of the Federal Rules of Bankruptcy Procedure governing bankruptcy appeals was substantially revised in order to align those rules with the Federal Rules of Appellate Procedure and updated to include electronic transmission, filing, and service.

This notice must be read together with the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Bankruptcy Procedure (FRBP), the Local Rules of the Eastern District of New York, and this Court's Local Rules and Procedures.

1. **Service of Notice:** The appellant must provide the Clerk with the email address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive email noticification, the appellant must provide the Clerk with the address for all parties to be served.
2. **Appellant's Designation:** Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days from the date of the filing of the Notice of Appeal. The designation must include a list of items to be included in the record on appeal. A copy of the designation and statement shall be served by the appellant on the appellee. A certificate of service must be filed with the bankruptcy court as proof that proper service was made.
3. **Appellee's Designation:** Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file with the bankruptcy court and serve on the appellant a designation of additional items to be included in the record on appeal.
4. **Transcripts:** If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, call one of the court approved transcription service agencies to request a copy of a transcript. The written request for the transcript shall be filed with the bankruptcy court. The party requesting the transcript is responsible for the cost of transcription. Designated transcripts must be provided to this office in PDF format.
5. **ECF Registration (*Attorneys Only*):** Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. For information on ECF registration in the Bankruptcy Court, please visit: www.nyeb.uscourts.gov/electronic−filing−procedures; in the District Court, visit: https://www.nyed.uscourts.gov/cmecf.
6. **Transmittal of Record on Appeal:** Generally the record on appeal will be transmitted thirty (30) days from the date of the filing with the Court of the Notice of Appeal.

Dated: April 11, 2025                                                                                     FOR THE COURT

                                                                                                          By: O. Eichhorn
                                                                                                          _____
                                                                                                          Deputy Clerk

**BLntcparap.jsp** [Notice to Parties 04/17/17]

# Notice Recipients

District/Off: 0207−8              User: admin                     Date Created: 4/11/2025
Case: 8−20−08049−ast          Form ID: 773                  Total: 4

**Recipients of Notice of Electronic Filing:**
aty          Christine McCabe          cmccabe@rosenpc.com
aty          Ilan D Scharf             ischarf@pszjlaw.com
aty          Sanford P Rosen           srosen@rosenpc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Jeffrey Norlan     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue     34th Floor     New York, NY 10017

TOTAL: 1