**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Friday, April 11, 2025 3:46:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>
**Subject:** Activity in Case 2:25-cv-02032-RPK Orion Healthcorp, Inc. et al v. Ehrenberg Bankruptcy Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/11/2025 at 11:46 AM EDT and filed on 4/11/2025
**Case Name:**     Orion Healthcorp, Inc. et al v. Ehrenberg
**Case Number:**   [2:25-cv-02032-RPK](#)
**Filer:**         Niknim Management, Inc.
                   Arvind Walia
**Document Number:** [1](#)

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 8-20-08049-ast., filed by Niknim Management, Inc., Arvind Walia. (Attachments: # (1) USBC Docket Sheet, # (2) USBC Transmittal of Notice of Appeal, # (3) USBC Transmittal of Notice of Appeal Notice of Recipients) (LJ)**

**2:25-cv-02032-RPK Notice has been electronically mailed to:**

Christine McCabe     cmccabe@rosenpc.com

Ilan D. Scharf     ischarf@pszjlaw.com

Eugene R. Scheiman     Eugene.scheiman@scheimanlaw.com, belinda.lopez@kaufman-company.com

Sanford P. Rosen    srosen@rosenpc.com

Paris Gyparakis    pgyparakis@pbnlaw.com

Jeffrey P. Nolan    jnolan@pszjlaw.com, lsc@pszjlaw.com

**2:25-cv-02032-RPK Notice will not be electronically mailed to:**

Jeffrey Norlan
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/11/2025] [FileNumber=19921022-0]
[8f36ee91cb9b4785fde57dfb99350876223 85c2e15902c52c02a224b907c3f8108eb
6d37e9565da88a12ff27ec2b4984083df2ccbdf52b76d66ecdfbde9d73a8]]
**Document description:** USBC Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/11/2025] [FileNumber=19921022-1]
[82595a767b0b7993a4051d29e1e9c71b0747bbce682c02b224feadfc57dd938e813c
c7d63f7b944e0a2016c5cca1d22acd70d00146afc5b3c40249874ab58bb6]]
**Document description:** USBC Transmittal of Notice of Appeal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/11/2025] [FileNumber=19921022-2]
[a277e34bada895734d97aba55709c4d1be535927f28b4da6ffc3389118502f86fe27
107568caae38887eea2fdbaa117436995465fc4783794a11f326747a5b13]]
**Document description:** USBC Transmittal of Notice of Appeal Notice of Recipients
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/11/2025] [FileNumber=19921022-3]
[18d229dd0faa06133c85b5ba9af96ab87eb24fd15ec2332326787fe83200baf1fe8a
bb4981d554fbc86a864a4dedf004dafb2c32cde428fbfca627ebf0a7b1e6]]