United States Bankruptcy Court

Eastern District of New York

Ehrenberg,

    Plaintiff                                                        Adv. Proc. No. 20-08049-ast

Arvind Walia,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: 773 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**             **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey Norlan, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine McCabe | |
| | on behalf of Defendant Arvind Walia cmccabe@rosenpc.com |
| Eugene Ronald Scheiman | |
| | on behalf of Defendant Arvind Walia eugene.scheiman@scheimanlaw.com |
| Eugene Ronald Scheiman | |
| | on behalf of Defendant Niknim Management Inc. eugene.scheiman@scheimanlaw.com |
| Ilan D Scharf | |
| | on behalf of Plaintiff Howard M Ehrenberg ischarf@pszjlaw.com  nhall@pszjlaw.com |
| Jeffrey P Nolan | |
| | on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com  lcanty@pszjlaw.com |
| Jonathan L Flaxer | |
| | on behalf of Mediator Jonathan L Flaxer  Esq jflaxer@golenbock.com, |

mweinstein@golenbock.com;courtnotifications@golenbock.com

Paris Gyparakis

on behalf of Defendant Niknim Management Inc. pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Paris Gyparakis

on behalf of Defendant Arvind Walia pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Arvind Walia srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

TOTAL: 10

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                    CASE NO: 8–20–08049–ast

   Ehrenberg v. Arvind Walia et al

## NOTICE TO PARTIES CONCERNING APPEAL (ECF CASE)

A Notice of Appeal was filed on April 10, 2025, in the above case by Arvind Walia, Niknim Management Inc., regarding Judgment against Defendants Arvind Walia and Niknim Management Inc. dated April 3, 2025, document number 157.

Effective December 1, 2014, Part VIII of the Federal Rules of Bankruptcy Procedure governing bankruptcy appeals was substantially revised in order to align those rules with the Federal Rules of Appellate Procedure and updated to include electronic transmission, filing, and service.

This notice must be read together with the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Bankruptcy Procedure (FRBP), the Local Rules of the Eastern District of New York, and this Court's Local Rules and Procedures.

1.  **Service of Notice:** The appellant must provide the Clerk with the email address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive email noticification, the appellant must provide the Clerk with the address for all parties to be served.

2.  **Appellant's Designation:** Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days from the date of the filing of the Notice of Appeal. The designation must include a list of items to be included in the record on appeal. A copy of the designation and statement shall be served by the appellant on the appellee. A certificate of service must be filed with the bankruptcy court as proof that proper service was made.

3.  **Appellee's Designation:** Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file with the bankruptcy court and serve on the appellant a designation of additional items to be included in the record on appeal.

4.  **Transcripts:** If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, call one of the court approved transcription service agencies to request a copy of a transcript. The written request for the transcript shall be filed with the bankruptcy court. The party requesting the transcript is responsible for the cost of transcription. Designated transcripts must be provided to this office in PDF format.

5.  **ECF Registration (*Attorneys Only*):** Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. For information on ECF registration in the Bankruptcy Court, please visit: www.nyeb.uscourts.gov/electronic–filing–procedures; in the District Court, visit: https://www.nyed.uscourts.gov/cmecf.

6.  **Transmittal of Record on Appeal:** Generally the record on appeal will be transmitted thirty (30) days from the date of the filing with the Court of the Notice of Appeal.

Dated: April 11, 2025                                                        FOR THE COURT

                                                             By: O. Eichhorn

                                                   _____

                                                   Deputy Clerk