United States Bankruptcy Court
Eastern District of New York

Ehrenberg,
    Plaintiff

Arvind Walia,
    Defendant

Adv. Proc. No. 20-08049-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 2
Date Rcvd: Apr 17, 2025      Form ID: pdf000      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Apr 17 2025 18:13:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine McCabe | on behalf of Defendant Arvind Walia cmccabe@rosenpc.com |
| Eugene Ronald Scheiman | on behalf of Defendant Arvind Walia eugene.scheiman@scheimanlaw.com |
| Eugene Ronald Scheiman | on behalf of Defendant Niknim Management Inc. eugene.scheiman@scheimanlaw.com |
| Ilan D Scharf | on behalf of Plaintiff Howard M Ehrenberg ischarf@pszjlaw.com  nhall@pszjlaw.com |
| Jeffrey P Nolan | |

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf000 | Total Noticed: 1 |

on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com  lcanty@pszjlaw.com

Jonathan L Flaxer

on behalf of Mediator Jonathan L Flaxer Esq jflaxer@golenbock.com,
mweinstein@golenbock.com;courtnotifications@golenbock.com

Paris Gyparakis

on behalf of Defendant Niknim Management Inc. pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Paris Gyparakis

on behalf of Defendant Arvind Walia pgyparakis@pbnlaw.com
gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford P Rosen

on behalf of Defendant Arvind Walia srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

TOTAL: 10

Official Form 417A (12/23)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>      Plaintiff,<br>v.<br><br>ARVIND WALIA; NIKNIM MANAGEMENT INC.,<br><br>      Defendants. | Adv. Proc. No. 20-08049 (AST) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Arvind Walia and Niknim Management Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendants
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   a. *Judgment against Defendants Arvind Walia and Niknim Management Inc.*
   *ORDERED AND ADJUDGED that Plaintiff recover the following: Judgment is hereby entered against Defendants, Arvind Walia, and NIKNIM Management, Inc., jointly and individually, and in favor of Plaintiff, Howard M Ehrenberg, the duly*

*appointed Liquidating Trustee for Orion Healthcorp., Inc., in the amount of $1,520,000 in principal plus costs of suit of $350.00 and prejudgment interest, calculated from the date of the filing of the Complaint on March 13, 2020, to judgment, (1,831 days) calculated in accordance with New York State Law at 9% simple interest in the amount of $686,248.76, for a total judgment of $2,206,598.76. Post-judgment interest shall accrue and be payable by Defendants, Arvind Walia and NIKNIM Management, Inc., jointly and individually at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the amount is paid in full [Doc. No. 157], a copy of which is annexed hereto.*

2. State the date on which the judgment—or the appealable order or decree—was entered: April 3, 2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. Plaintiff:<br><br>HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL. | Jeffery P. Nolan, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Phone: (310) 772.2313<br>Email: jnolan@pszjlaw.com |
| 2. Defendants:<br><br>ARVIND WALIA and NIKNIM MANAGEMENT INC. | Sanford P. Rosen, Esq.<br>**ROSEN & ASSOCIATES, P.C.**<br>PO Box 1274<br>Shelter Island Heights, NY 11965<br>Phone: (212) 223-1100<br>Email: srosen@rosenpc.com<br><br>Eugene R. Scheiman, Esq.<br>**LAW OFFICS OF EUGENE R. SCHEIMAN, PLLC**<br>570 Lexington Avenue<br>New York, NY 10022<br>Phone: (646) 280-9000<br>Email: eugene.scheiman@sheimanlaw.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**5: Sign below**

**ROSEN & ASSOCIATES, P.C.**

By: /s/ Sanford P. Rosen
     Sanford P. Rosen                                      April 10, 2025

P.O. Box 1274
Shelter Island Heights, NY 11965
Telephone: (212) 223-1100

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**CERTIFICATE OF SERVICE**

     I certify that on April 10, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record.

/s/ Christine McCabe
   Christine McCabe