# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:  CASE NO: 8−20−08049−ast

Ehrenberg v. Arvind Walia et al

DEBTOR(s)

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on April 10, 2025 by Christine McCabe on behalf of Arvind Walia, Niknim Management Inc., appealing Judgment against Defendants, document number 157.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

1. Appellant Designations
2. Appellee Designations
3. Bankruptcy Court Docket Sheet

Dated: May 12, 2025  Paul Dickson, Clerk of Court

By: O. Eichhorn

Deputy Clerk

**BLadroapap.jsp** [Transmittal of Additional Record on Appeal AP 04/17/17]