# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 5/12/2025 |
| Case: 8−20−08049−ast | Form ID: 775 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        Arvind Walia
dft        Niknim Management Inc.
pla        Howard M Ehrenberg
md        Jonathan L Flaxer, Esq

                                                                                                                                TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty        Christine McCabe          cmccabe@rosenpc.com
aty        Eugene Ronald Scheiman          eugene.scheiman@scheimanlaw.com
aty        Ilan D Scharf          ischarf@pszjlaw.com
aty        Jeffrey P Nolan          jnolan@pszjlaw.com
aty        Jonathan L Flaxer          jflaxer@golenbock.com
aty        Paris Gyparakis          pgyparakis@archerlaw.com
aty        Sanford P Rosen          srosen@rosenpc.com

                                                                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty        Jeffrey Norlan          Pachulski Stang Ziehl & Jones LLP          780 Third Avenue          34th Floor          New York, NY 10017
ust        United States Trustee          Long Island Federal Courthouse          560 Federal Plaza − Room 560          Central Islip, NY 11722−4437 USA

                                                                                                                                TOTAL: 2