United States Bankruptcy Court
Eastern District of New York

Ehrenberg,
    Plaintiff

Arvind Walia,
    Defendant

Adv. Proc. No. 20-08049-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 2
Date Rcvd: May 16, 2025      Form ID: 295      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

**Recip ID**      **Recipient Name and Address**
\+   Anthony F. Giuliano, 445 Broadhollow Road, Suite 25, Melville, NY 11747-3645
\+   Eugene R. Scheiman, 570 Lexington Ave, Suite 1600, New York, NY 10022-6837

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine McCabe | on behalf of Defendant Arvind Walia cmccabe@rosenpc.com |
| Eugene Ronald Scheiman | on behalf of Defendant Arvind Walia eugene.scheiman@scheimanlaw.com |
| Eugene Ronald Scheiman | on behalf of Defendant Niknim Management Inc. eugene.scheiman@scheimanlaw.com |
| Ilan D Scharf | on behalf of Plaintiff Howard M Ehrenberg ischarf@pszjlaw.com nhall@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Howard M Ehrenberg jnolan@pszjlaw.com |

District/off: 0207-8 User: admin Page 2 of 2
Date Rcvd: May 16, 2025 Form ID: 295 Total Noticed: 2

Jonathan L Flaxer
           on behalf of Mediator Jonathan L Flaxer Esq jflaxer@golenbock.com,
           mweinstein@golenbock.com;courtnotifications@golenbock.com

Paris Gyparakis
           on behalf of Defendant Arvind Walia pgyparakis@archerlaw.com
           gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Paris Gyparakis
           on behalf of Defendant Niknim Management Inc. pgyparakis@archerlaw.com
           gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com

Sanford P Rosen
           on behalf of Defendant Niknim Management Inc. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford P Rosen
           on behalf of Defendant Arvind Walia srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

TOTAL: 10

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 4/10/24 was filed on 5/16/25.

The following deadlines apply:

The parties have until May 23, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is June 6, 2025.

If a Transcript Redaction Request is filed, the redacted transcript is due June 16, 2025.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 14, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at or you may view the document at the public terminal at the Office of the Clerk.

Dated: May 16, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]